

**Rimkus Consulting Group, Inc.**
**3500 North Causeway Boulevard, Suite 350**
**Metairie, Louisiana 70002**
**(504) 832-8999 Telephone**
**Certificate of Authorization No. EF0001916**
**Certification Expiration Date September 30, 2020**

# Report of Findings

**BIOMECHANICAL EVALUATION**
**Cause Number:  2018-02076**
**Stephen Brondum vs. Curtis M. Carey / Bassham Wholesale Egg Company, Inc. / The Travelers Indemnity Company**

**Rimkus File No:  052014497**

**Prepared For:**

**STAINES & EPPLING**
**3500 NORTH CAUSEWAY BOULEVARD, SUITE 820**
**METAIRIE, LOUISIANA 70002**

**Attention:**

**MR. THOMAS EPPLING**



**Torrence D.J. Welch, Ph.D.**
**ACTAR Number 2773**
**Principal Consultant**

May 3, 2019

# TABLE OF CONTENTS

I.     Introduction                                    1

II.    Conclusions                                     2

III.   Discussion                                      3

IV.    Basis of Report                                 16

V.     Attachments                                     27

       A.    Photographs

       B.    Figures

       C.    Curriculum Vitae

       D.    Testimony History

# Section I
# INTRODUCTION

On March 23, 2017, a two-vehicle accident occurred at 5300 Tchoupitoulas Street in New Orleans (Orleans Parish), Louisiana. A 2008 Ford F-150, Louisiana license plate X474821, was parked on the street, with Mr. Stephen Brondum occupying the driver's seat.  At that same time, Mr. Curtis Carey was driving a 2015 Freightliner Cascadia 125 tractor, Texas license plate R102545, and towing a 2006 Great Dane 48-foot trailer, Texas license plate 028C818.   Mr. Carey attempted to make a right turn with the Freightliner tractor-trailer when its left rear contacted the left rear of the parked Ford. Mr. Brondum has claimed injuries resulting from this accident.

Rimkus Consulting Group, Inc. was retained to reconstruct the accident scenario and to determine the motions and loads that Mr. Brondum would have experienced in relation to his claimed injuries.  A complete list of materials reviewed and considered in the course of our work is included in the **Basis of Report**.  Dr. Welch's time on this matter was charged at a rate of $330 per hour.  A technical review of this report and the findings contained herein was performed by Anastasios D. Tsoumanis, Ph.D., ACTAR, Division Manager.

This report was prepared for the exclusive use of Staines & Eppling and was not intended for any other purpose.  Our report was based on the information available to us at this time, as described in the **Basis of Report**.  Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted.

## Section II
## CONCLUSIONS

1. The subject accident was a shallow sideswipe in nature, characterized by sliding contact between the left rear of the Freightliner tractor-trailer and the left rear of the parked Ford F-150.

2. During this sideswipe accident, both vehicles would have experienced minor rocking, shaking, and vibration motions, with no overall change in speed, angle, or position on the roadway.

3. There is no evidence to support that, following initial contact, the right-rear wheel of the Ford mounted the adjacent curb.  Such motions of the Ford would not be expected based on the pattern of damage to the vehicles.

4. In response to the motion of the Ford, Mr. Brondum's body would have experienced very minor shaking and vibration motions, characterized by minimal flexion, extension, and lateral bending of the cervical spine, well within the normal range of motion.

5. Strain and/or sprain of the cervical, thoracic, or lumbar spine are not consistent with the dynamics of the subject accident for Mr. Brondum.

6. The mechanism for the traumatic herniation of a cervical or lumbar intervertebral disc was not present for Mr. Brondum during the subject accident.

7. The compressive loads experienced by Mr. Brondum's spine during the subject accident were less than those expected during typical activities of daily living.

8. The subject accident provided no mechanical impetus for the structural exacerbation, aggravation, or progression of the pre-existing degenerative conditions present within Mr. Brondum's spine.

# Section III
# DISCUSSION

<u>Review of Relevant Testimony</u>

*Stephen Brondum*

Mr. Brondum was deposed on February 12, 2019.  According to Mr. Brondum, the subject accident occurred while he was working on a reconfiguration project for Shamrock Construction.  Mr. Brondum testified that he had parked his 2008 Ford F-150 truck on a side street off of Tchoupitoulas Street.  Mr. Brondum did not know the name of the side street, but he testified that he was parked on the river side of the street, three-quarters of the way down the block and facing Tchoupitoulas Street.  He further described that his vehicle was parked eight to ten car lengths away from the next street and was parked 4 to 6 inches away from and parallel to the 6-inch vertical curb.  Mr. Brondum testified that there were no cars parked behind his vehicle, but there were cars parked in front of him.  Mr. Brondum testified that, while parked, he was sitting in the truck using his computer.  He testified that he was not wearing his seatbelt as he sat in the vehicle.  According to Mr. Brondum, a tractor-trailer was driving toward the river and passed his vehicle.  He testified, "the truck passed me up, and when he turned, the back of his truck hit me and knocked me up on the curb."  Mr. Brondum testified that the truck was attempting to turn behind the building into a service alley, and the last 1 to 2 feet of the left side of the trailer hit the driver's side rear quarter panel of his truck.  Mr. Brondum testified that he did not see the accident, but felt the vehicle contact.  He further testified that, when he looked in his sideview mirror, "I seen [*sic*] the back of his truck pushing mine over…I felt the impact, and when it hit and I looked, I could see him making the turn…I was already on the curb and he was already away from me by the time I looked."  Mr. Brondum testified that the right-rear wheel of the Ford was pushed up onto the curb.

Mr. Brondum testified that his truck had "some scrapes or something…some marks on it, but no big damage" prior to the subject accident, but no pre-existing damage in the area that was involved in the subject accident.  Mr. Brondum testified that the tractor-trailer did not stop after vehicle contact, and that he drove his Ford forward off of the curb, backed up, and then drove after the tractor-trailer.  According to Mr. Brondum, when he pulled up behind the tractor-trailer, he stayed in his truck and called out to the truck driver.  Mr. Brondum testified that the truck driver "seen the red paint all over his truck and said he was sorry, he must have did it and he didn't realize it."  Mr. Brondum testified that, at some point, he took the Ford to a body shop to have the dent pulled out, but that the vehicle was not "100 percent repaired."  Despite Mr. Brondum's testimony that the right-rear wheel of the Ford was pushed up onto the 6-inch vertical curb, Mr. Brondum testified that there was no damage to the right-rear wheel or tire.   Mr. Brondum testified that he called the police, but was told that they would not come out to investigate the accident because the accident was "too small."  Instead, Mr. Brondum and the truck driver exchanged information and Mr. Brondum took photographs of the license plate and side of the tractor-trailer.

Mr. Brondum did not recall how his body moved inside his vehicle, or if he hit anything inside the vehicle, but he did testify that the vehicle contact "jerked me pretty good" and caused him to move from left to right within the vehicle.  He testified that he did not feel any pain while talking to the truck driver at the scene, but began feeling pain in his lower back and neck later that night.  Mr. Brondum testified that his attorney referred him to a chiropractor within 2 days of the subject accident, as well as to Dr. Zavatsky, who performed injections.  Mr. Brondum also testified that Dr. Zavatsky prescribed physical therapy, but he did not go because he could not miss time from work.

Mr. Brondum testified that he had prior problems with his neck, including neck pain down into his right shoulder and arm, but that within 6 to 8 months after the accident, his neck was back to its original pre-accident condition.  Mr. Brondum also testified that he had prior back problems, but not relating to a prior injury: "maybe old age problems, but not the pain that I have now."  Mr. Brondum testified that he was involved in a prior

motor vehicle accident in 2012, when an unknown vehicle "slammed into the back" of his Lexus 330 as he was stopped at a stoplight.  He testified that the bumper was pushed in and that he had neck injuries, but no lower back injuries.  Following his 2012 accident, Mr. Brondum was told by Dr. Haydel that he had a couple herniated discs and surgery was recommended.  However, Mr. Brondum did not go forward with the surgery because he did not want to have the procedure and felt he could deal with the pain.  Mr. Brondum further testified that he was involved in another prior rear-end motor vehicle accident in 2002, which resulted in a right shoulder rotator cuff issue for which he sought chiropractic treatment.

At the time of the subject accident, Mr. Brondum was employed as a superintendent for Shamrock Construction.  Mr. Brondum testified that, prior to working at Shamrock, he worked as a carpenter and superintendent for Broadmoor and Suncoast.  According to Mr. Brondum, he has been employed by Moore Industries since March 2018 as a superintendent in the industrial area in the Bayer plant.  His job involves management of subcontractors, and Mr. Brondum testified that his injuries did not interfere with his job performance.  Mr. Brondum testified that his job has not required any physical work since 2006.  Mr. Brondum testified that he is no longer able to pick up his daughter or play with her in the yard.  He also testified that he used to play golf up until about 10 years ago.

*Curtis Carey*

Mr. Carey was deposed on February 14, 2019.  According to Mr. Carey, he was making a delivery to a Honey Baked Ham store off of Tchoupitoulas Street at the time of the subject accident.  Mr. Carey testified that the truck was loaded in Fort Worth, Texas, and was driven to New Orleans.  The Honey Baked Ham store was his second or third stop in his route.  Mr. Carey described that he made a left turn off of Tchoupitoulas Street onto a side street, and then turned down an alley that runs parallel to Tchoupitoulas Street behind the strip mall.  Mr. Carey testified that his speed was 5 to 10 mph as he was making his turn into the alley.

Mr. Carey did not know that an accident had occurred and was first notified as he waited for another vehicle to move and saw Mr. Brondum running up and banging on his door.   Mr. Carey testified that he denied having been in the accident to Mr. Brondum, stating that he was checking his mirrors and saw Mr. Brondum's truck: "when I saw I was clear, I turned."   Mr. Carey stated that Mr. Brondum pointed out some "little scrapes" to him on his red truck, as well as "a little bit of red stuff" on the trailer.

According to Mr. Carey, Mr. Brondum told him that he did not need to call the police, and instead asked him to write a statement.   Mr. Carey testified that he wrote what Mr. Brondum told him to write: "just write that you scraped my truck, man."

Vehicle Accident Analysis

At the time of investigation, the vehicles had been repaired or were otherwise unavailable for inspection; therefore, vehicle damage assessment was performed using post-accident photographs and vehicle damage appraisals.   Post-accident photographs of the subject Freightliner tractor-trailer revealed damage consistent with a sliding contact to the left rear of the trailer (**Photographs 1 and 2**).   Several longitudinal abrasions were present to the rear aspect of the left side of the trailer, which had accumulated subsequent rusting.   While some areas of white transfer were also noted in this area, no red transfer was visible in the available photographs of the trailer.   No repairs were required or performed to the subject trailer.   The published curb weight of the 2015 Freightliner Cascadia was 17,802 pounds, the published empty weight of the 2006 Great Dane 48-foot trailer was 22,600 pounds, and the gross vehicle weight rating of the Freightliner tractor was 60,600 pounds.

Post-accident photographs of the Ford F-150 revealed damage consistent with sliding contact to its left-rear bedside panel (**Photograph 3**).   Longitudinal abrasions were present to the rear aspect of the left bedside panel, in the area of and aft of the left-rear wheel well.   An area of minor focal deformation was present to the bedside panel, just forward of the left tail lamps (**Photograph 4**).   Mr. Brondum testified that a repair estimate was performed for the Ford; however, no such estimate was provided for

review and analysis.  The published curb weight of the 2008 Ford F-150 was 5,069 to 5,451 pounds, the height to the top of its rear bumper was 28 inches, and height to the top of the left-rear wheel and tire was 30 to 30.5 inches.

The damage to both vehicles indicated that the subject accident was a shallow sideswipe in nature, and involved a sliding contact applied from front to rear along the left bedside panel of the Ford.  During such sideswipes, little to no change in speed occurs for either vehicle, regardless of their size, weight, or initial speed.  Some vibration and lateral shaking motions may occur to each vehicle as it shifts on its suspension; however, no change in the position or angle of the vehicle on the roadway occurs.

There was no evidence of a subsequent curb impact or of the right-rear wheel of the Ford having mounted any curb following the initial sliding contact.  The published literature regarding curb impacts indicates that curb mounting requires greater than 5 mph of speed when the approach angle is 60 degrees, and would require additional speed for an approach angle of approximately 90 degrees as was the case for Mr. Brondum's reported curb mounting.  Because the sliding contact in the subject accident did not present any change in speed to the Ford and there was no evidence to the right-rear wheel consistent with curb impact or curb mounting, it is likely that no such curb impact or curb mounting occurred during the subject accident.

<u>Review of the Medical Records of Mr. Stephen Brondum</u>

Medical records from Mr. Brondum's treatment before and after the subject accident were reviewed to understand the diagnostic impressions of his treating physicians, his surgical history, and the state of the tissues of his body as recorded by his physicians. Mr. Brondum's medical history included treatment for neck, shoulder, and upper and lower back pain following a motor vehicle accident on October 25, 2015.  Mr. Brondum continued to treat for these symptoms at least through April 5, 2016, including visits with chiropractor, Michael Haydel, DC, internist, S. Elliot Greenberg, MD, and neurosurgeon, Bryant George, Sr., MD.  On March 8, 2016, Lawrence Glorioso, III, MD read the

magnetic resonance imaging (MRI) scans of Mr. Brondum's cervical spine, which were noted to have significant motion artifact making evaluation of the neural foramina difficult.   Nevertheless, Dr. Glorioso noted straightening of the cervical lordosis; moderate desiccation of the discs at C2 through C6, advanced desiccation of the disc at C6/7, minimal desiccation of the discs at C7 through T2, and mild desiccation of the disc at T2/3; a posterior prominence of the C3/4 disc (approximately 1.8 mm) that approximates the ventral aspect of the spinal cord with suggestion of central canal stenosis and compromise of the bilateral neural foramina; hypertrophic changes of the uncovertebral joints and facet joints at C4/5 with significant compromise of the right neural foramen; a posterior prominence of the C5/6 disc towards the right side (4.6 mm) with compromise of the central canal and relative compromise of the right neural foramen; a posterior prominence of the C6/7 disc (1.7 mm); and diminishing of the disc space on the ventral aspect of T2/3 with anterior traction spurs accompanying the disc material.   Upon reading the same MRI scans, Dr. George noted a posterior disc herniation at C5/6 with disc bulges at C3/4 and C6/7 and multilevel facet arthropathy. Dr. George's diagnoses were intervertebral disc syndrome; C5/6 disc herniation with left C6 radiculopathy; and multilevel spondylosis in the form of facet arthropathy at all levels resulting in some facet pain.   Mr. Brondum testified that surgical intervention was recommended, but opted against it due to his desire to not have surgery.

The subject accident occurred on March 23, 2017.

On March 27, 2017, Mr. Brondum presented to Michael Hayden, DC, with complaints of headaches, neck pain, bilateral shoulder pan, low back pain, and pain in his right thigh. At that time, Mr. Brondum explained that his parked truck was struck by an 18-wheeler that was attempting to turn right.  He further described that he was looking down at the time and that his body did not hit any parts inside the vehicle.  Plain radiographs of Mr. Brondum's cervical and lumbar spine were read by Bernard Landry, MD, who noted straightening of the cervical lordosis, but no other abnormalities.  Upon examination, Dr. Hayden's diagnoses were post-traumatic headache; ligament laxity; muscle spasms, several sites; cervical dorsopathy; cervicothoracic, lumbar, and lumbosacral dorsopathy;

cervical, cervicothoracic, and lumbar neuritis/radiculitis; cervical and lumbar sprain/strain/whiplash injury; cervical, thoracic, lumbar, and sacral segmental dysfunction; cervicalgia; thoracic pain; lumbago with sciatica; low back pain; and bilateral trapezius strain.  Mr. Brondum continued to treat with Dr. Hayden through May 24, 2017, for a total of 17 visits.  During this time, Mr. Brondum noted that he would have occasional paresthesias into his left arm.

On March 31, 2017, Mr. Brondum presented to Dr. Greenberg with complaints of neck pain radiating into both shoulders and lower back pain without radiation.  Upon examination, Dr. Greenberg's impressions were cervical and lumbar sprain/strain, and bilateral shoulder sprain.

On May 24, 2017, MRI scans of Mr. Brondum's cervical and lumbar spine were read by Patrick Boyle, MD.  Dr. Boyle noted similar and stable changes within the cervical spine, as compared to the prior scans of March 2016, including persistent multilevel disc desiccation, diffuse disc bulges at C3 through C7, uncovertebral spurring, and narrowing of the neural foramen.  Dr. Boyle noted that the findings at C5/6 were not well demonstrated on the prior exam, noting disc desiccation with a diffuse disc bulge and right subarticular protrusion-type disc herniation at C5/6 causing right lateral recess narrowing, bilateral neural foraminal encroachment, and mild-to-moderate central canal narrowing.  In the lumbar spine, Dr. Boyle noted straightening of the lumbar lordosis; disc desiccation and disc space narrowing at L1 through L4; diffuse disc bulges at all levels, L1 through S1; facet disease at L1 through L4 causing neural foraminal encroachment; and posterior element hypertrophy at L4 through S1.

On June 15, 2017, Mr. Brondum presented to Joseph Zavatsky, MD with complaints of neck pain, left arm pain, back pain, and buttock pain.  Upon review of the MRI scans, Dr. Zavatsky noted a large disc herniation at C5/6 resulting in central and bilateral neuroforaminal stenosis, and smaller broad-based disc herniations at C3-5 and C6/7 resulting in bilateral neuroforaminal stenosis, as well as a broad-based disc herniation at L1/2 resulting in bilateral neuroforaminal stenosis (L>R) and broad-based disc herniation at L4-S1 resulting in bilateral neuroforaminal stenosis.   Dr. Zavatsky's

assessment was cervical and lumbar herniated nucleus pulposus; cervical stenosis; cervical radiculopathy; cervicalgia; cervical neck sprain; lumbago; lumbar strain; and spinal muscle spasms. Mr. Brondum continued to treat with Dr. Zavatsky through November 1, 2018, for a total of 9 visits. During this period, Dr. Zavatsky administered epidural steroid injections at the L5/S1 level, and recommended laminectomy at L4 and L5, microdiscectomy at L4/5 and L5/S1, and total disc replacement at C5/6.

No records of Mr. Brondum's continued treatment, if any, were provided for review, until March 13, 2019, when he presented to Everett Robert, MD for an independent medical examination. At that time, Mr. Brondum complained of low back pain with bilateral buttock pain, neck pain, and right trapezius pain. Mr. Brondum explained that the side of his vehicle was clipped by an 18-wheeler. Dr. Robert reviewed the available radiology scans and performed an examination, offering the assessment of cervical sprain/strain; disc bulges at L2 through S1; diffuse arthritic changes at L2 through S1; asymptomatic disc herniation at L1/2; and anterior thigh numbness representing "meralgia" due to lateral femoral cutaneous nerve entrapment. Dr. Robert stated that the MRI scans from before and after the subject accident did not show any clinically appreciative change, opining that he believed Mr. Brondum only sustained sprain/strain to his cervical spine during the subject accident. Dr. Robert did not believe that Mr. Brondum had any anatomic injury as a result of the subject accident, and did not recommend any invasive procedures.

Biomechanics Analysis

The subject accident was determined to be a shallow sideswipe contact with no change in speed for the involved vehicles. During the sideswipe, Mr. Brondum's Ford would have been subjected to vibration and lateral shaking motions, with no changes in the vehicles position or angle on the roadway. This vehicle motion would have resulted in further reduced swaying motions to Mr. Brondum's body, including minor lateral bending of his cervical and lumbar spine well within the normal range of spinal motion. No significant compressive or tensile forces would have been applied to Mr. Brondum's

spine during this event.  Under these conditions, strains and sprains of the cervical, thoracic, and lumbar spine are highly unlikely.

Studies in which passenger vehicles have been exposed to sideswipes have shown that the vibrations, motions, and loads experienced in these accidents are well within the magnitude of the motions, accelerations, and loads experienced during daily activities. In fact, these studies indicate that the peak accelerations during such sideswipe impacts were less than 1.5g – only marginally more than gravitational acceleration – even for those sideswipes involving heavy commercial vehicles and resulting in far more extensive deformation and component engagement than was present in the subject accident.   The accident involving Mr. Brondum was far less severe than those performed in these studies.  Therefore, the motions of the vehicles and the loads to which Mr. Brondum would have been exposed would have been less severe.  Further, the forces and accelerations experienced during the subject accident were low in magnitude and within a range that can be withstood with minimal muscular effort.  The loads experienced by occupants during sideswipe accidents similar to the subject accident are multiple times less than those associated with human injury, as established through peer-reviewed experimental research involving live volunteers, cadavers, and crash test dummies.   The loads experienced by the cervical spine during such sideswipes are within the range of those experienced during activities of daily living known to be benign, such as sneezing, plopping into a chair, or hopping from a step. Similarly, the loads experienced by the lumbar spine are well below those experienced during activities of daily living, such as walking, running, or bending over.  Permanent injuries to Mr. Brondum are highly unlikely.

Although there was no physical evidence of curb impact for the Ford following the subject sideswipe accident, such curb impacts present very minimal accelerations levels to a vehicle.  For curb impact speeds below 4 mph, when the wheels of the vehicle do not mount the curb, the occupant's body tends to move slightly forward in the occupant compartment with accelerations of approximately 3 to 4g.  In this scenario, occupants do not strike any interior components of the vehicle in response to the curb impact, and

often describe the impact as being less than or similar to what they experience while riding bumper cars.  Research studies of curb impacts also indicate that, as the speed of curb impact increases, the vehicle begins to mount the curb and the peak accelerations experienced by occupants within the vehicle decreases, with vertical (rather than forward) accelerations to the occupant of approximately 1g.  Additionally, these studies indicated that, if the curb is sloped (or mountable), curb impacts at speeds up to 27 mph result in accelerations less than 1g, with only slight jiggling of the occupant's body and no engagement of the seatbelt locking mechanism.   Taken together, this indicates that, during any such curb impact for the Ford during the subject accident sequence, Mr. Brondum's body would have received minimal accelerations, and permanent injuries would have been highly unlikely.

Disc bulges and herniations, in the absence of trauma to other associated structures (e.g., vertebral body fractures, facet damage, or ligamentous damage), rarely result from single, acute events.  The viscoelastic properties of the intervertebral disc result in a rate-sensitive force response of the tissue, in which the tissue becomes stiffer (or stronger) when loaded quickly.  For this reason, compressive loads create fractures in the vertebral endplates; torsional and shear loads yield fractures of the facets; and tensile loads and hyperflexion/hyperextension of the spine result in the tearing of the spinal ligaments – all at levels lower than that required to damage the disc.  Only in combined loading, during which the spine is in hyperflexion and subjected to a sudden compressive load, have traumatic disc prolapses from a single event been produced in the absence of injuries to other elements of the spine.  This necessary mechanism for traumatic disc herniation was not present during the subject accident.  Additionally, research studies of isolated human spinal specimens have demonstrated that this combined loading scenario for traumatic disc prolapse requires, on average, approximately 1,200 pounds of compressive load to be applied along the axis of the spine.  When compared to the compressive loading associated with traumatic disc herniation, the subject accident presented spinal loads approximately seven times less than the required compressive spinal loads for acute disc damage.  Additionally, experimental research studies involving whole human spines have demonstrated that

the live human spine is capable of withstanding forces two to three times greater than those indicated by research involving isolated human spinal specimens.

Instead, disc bulges and herniations most often develop as a result of repetitive loading over many years as part of the natural aging process, and often are not associated with any symptoms or pain.  Studies indicate that 71 percent of cervical discs from patients over the age of 40 with no reported neck pain symptoms showed signs of degeneration in the form of major abnormalities, with 53 percent having at least one narrowed disc space or degenerated disc and 18 percent showing spondylosis or foraminal stenosis. Similarly, studies indicate that 79 percent of lumbar discs from patients with no reported back pain symptoms showed signs of degeneration, with 36 percent having at least one herniated disc and 21 percent having stenosis of the vertebral foramen.   Disc degeneration was also shown to increase with age, whereby 86 percent of male cervical discs and 89 percent of female cervical discs showed signs of degeneration for those patients over age 60.  For men, in particular, all lumbar discs showing signs of degeneration by age 50.

This is consistent with the radiological films taken of Mr. Brondum's cervical and lumbar spine (age 50 at the time of the subject accident), which showed signs of degenerative changes that develop over the course of many months and years in response to changes in disc mechanics associated with disc degeneration.   As the disc degenerates, bulges and protrusions can lead to the narrowing of the spaces occupied by the spinal cord and exiting nerve roots, resulting in the crowding and deformation of these sensitive tissues.  Additionally, changes in the force distribution throughout the spine in response to altered disc mechanics initiates an active bone response that can accumulate and act to narrow the central canal or neural foramen.   Among all asymptomatic patients studied, the C5/6 level had the greatest prevalence of abnormalities.  Interestingly, similar to the asymptomatic patients in the aforementioned studies, the greatest degree of degenerative changes to Mr. Brondum's cervical spine was identified at C5/6.

Biomechanical research has also shown that a previously degenerated disc is not necessarily more prone to traumatic injury than a healthy disc. Degenerated discs may be stable and become more difficult to herniate than healthy discs, as the degeneration process is associated with the thinning and calcification of the disc and the desiccation of the paste-like inner material of the disc (nucleus pulposus). The subject accident presented loads to Mr. Brondum's spine that were less than those he likely experienced during the events of the day leading up to and after the accident, including walking to and from the vehicle. Additionally, the subject accident presented loads to Mr. Brondum's spine that were several times less than those associated with the initiation of microtrauma to the disc, which, on average, requires approximately 750 pounds of compressive load for previously degenerated discs. No progression or structural aggravation to the degenerative condition of Mr. Brondum's spine is likely to have occurred as a result of the subject accident.

In summary, during the subject accident, the left rear of the Freightliner tractor-trailer made sliding contact with the left rear of the parked Ford F-150. The dynamics of the subject accident were not consistent with sprain and/or strain injuries to Mr. Brondum's spine. Further, the mechanism for the traumatic herniation or exacerbation of a pre-existing intervertebral disc herniation in the cervical or lumbar spine was not presented to Mr. Brondum's body during this sliding vehicle contact.

The methods used and studies cited in this report are relevant to the biomechanics of human motion and injury mechanisms resulting from accidental events. Biomechanics is the application of principles and methods of engineering mechanics to the study and solution of problems arising in biology and medicine. This is a discipline widely accepted within the scientific community and forms the basis of orthopedic and chiropractic medicine. Additionally, injury biomechanics forms the basis for the safety aspects of vehicle interior design and for the rules and regulations that govern the crashworthiness of vehicles. In this particular case, the application of biomechanics principles explains the motions of Mr. Brondum within the vehicle upon impact, the nature of the loads and accelerations experienced by the tissue, and the mechanisms

and potential for those loads and accelerations to result in damage or failure to tissue resulting in injury.   These methods have been tested and have yielded consistent results in the articles cited in the **Basis of Report** and others.  The methods used in these reports can be verified experimentally by using the same methodologies.   All opinions expressed in this report were done so to a reasonable degree of engineering and biomechanical probability.

# Section IV
# BASIS OF REPORT

The following materials were received, reviewed, and considered during this investigation:

1.   Bassham Foods Fleet Accident Report, dated March 23, 2017;

2.   Three (3) color photographs of the accident scene, taken by Mr. Curtis Carey on March 23, 2017;

3.   Twenty-seven (27) color photographs of the accident scene, taken by Mr. Stephen Brondum on March 23, 2017;

4.   Medical records pertaining to Mr. Stephen Brondum;

5.   Written statement of Mr. Curtis Carey, taken March 23, 2017;

6.   Legal pleadings and discovery in the matter of Brondum vs. Bassham Wholesale Egg Company, et al.:

    a)   Petition for Damages, dated March 2, 2018;

    b)   Request for Notice of Trial and of Signing of Judgment and Order, dated March 2, 2018;

    c)   Interrogatories, dated March 2, 2018;

    d)   Request for Production of Documents and Things, dated March 2, 2018;

    e)   Answers to Interrogatories, dated January 8, 2019;

    f)   Supplemental Answers to Interrogatories, dated January 16, 2019;

7.  Deposition testimony of Mr. Stephen Brondum, taken February 12, 2019, with Exhibits 1 through 4;

8.  Deposition testimony of Mr. Curtis Carey, taken February 14, 2019, with Exhibits A through E and G;

9.  Expert AutoStats dimensional data for the 2008 Ford F-150 Super Cab;

10. Diesel Truck Index dimension data for the 2015 Freightliner Cascadia;

11. Cargo listings, inspection invoices, and route manifest pertaining to the subject Freightliner tractor-trailer;

12. ALLDATA Pro bed diagrams for the 2008 Ford F-150;

13. Real-world accident data from the National Automotive Sampling Service's Crashworthiness Data System (NASS-CDS) pertaining to sister year Ford F-150 vehicles (Case Number 2007-041-013); and

14. Literature and other related documents:

    a)  Adams, M.A. and W.C. Hutton, "The Relevance of Torsion to the Mechanical Derangement of the Lumbar Spine," *Spine* **6**(3): 241-248, 1981.

    b)  Adams, M.A. and W.C. Hutton, "Prolapsed Intervertebral Disc. A Hyperflexion Injury. 1981 Volvo Award in Basic Science*," Spine* **7**(3): 184-91, 1982.

    c)  Adams, M.A. and W.C. Hutton, "The Mechanical Function of the Lumbar Apophyseal Joints," *Spine* **8**(3): 327-330, 1983.

    d)  Adams, M.A., Hutton, W.C., and J.R.R. Stott, "The Resistance to Flexion of the Lumbar Intervertebral Joint," *Spine* **5**(3): 245-243, 1980.

    e)  Adams, M.A. and P.J. Roughley, "What Is Intervertebral Disc Degeneration, and What Causes It?," *Spine* **31**(18): 2151-61, 2006.

f)  Allen, M.E., Weir-Jones, I.P., Motiuk, D.R., Flewin, K.R., Goring, R.D., Kobetitch, R., and A. Broadhurst, "Acceleration Perturbations of Daily Living: A Comparison to 'Whiplash'," *Spine* **19**(11): 1285-1290, 1994.

g)  Bailey, M., "Assessment of Impact Severity in Minor Motor Vehicle Collisions," *J Musculoskeletal Pain* **4**(4): 21-38. 1996.

h)  Bailey, M.N., B.C. Wong, and J.M. Lawrence, "Data and Methods for Estimating the Severity of Minor Impacts," SAE Paper Number 950352, 1995.

i)  Baker, K.S., Baker, J.S., Fricke, L.B., Sneddon, J.P., Aycock, T.L., DiTallo, M., McClain, Jr., C.P., Mitchell, Jr., R.D., and S.S. Solomon, <u>Traffic Collision Investigation</u>, 9th Ed., Northwestern University Center for Public Safety, 2001.

j)  Barth, R.J., "Determining Injury-Relatedness, Work-Relatedness, and Claim-Relatedness," *AMA Guides Newsletter*, May/June 2012.

k)  Bartlett, W., Wright, W., Masory, O., Brach, R., Baxter, A., Schmidt, B, Navin, F., and T. Stanard, "Evaluating the Uncertainty in Various Measurement Tasks Common to Accident Reconstruction," SAE Paper Number 2002-01-0546, 2002.

l)  Battié, M.C., et al., "The Twin Spine Study: Contributions to a Changing View of Disc Degeneration," *Spine J* 9: 47-59, 2009.

m)  Boden, S.D., Davis, D.O., Dina, T.S., Patronas, N.J., and S.W. Wiesel, "Abnormal Magnetic-Resonance Scans of the Lumbar Spine in Asymptomatic Subjects. A Prospective Investigation," *J Bone Joint Surg Am* **72**: 403-408, 1990.

n)  Boden, S.D., McCowin P.R., Davis D.O., Dina T.S., Mark A.S., and S. Wiesel, "Abnormal Magnetic-Resonance Scans of the Cervical Spine in

Asymptomatic Subjects. A Prospective Investigation," *J Bone Joint Surg Am* **72**: 1178-1184, 1990.

o)   Böstman, O.M., "Body Mass Index and Height in Patients Requiring Surgery for Lumbar Intervertebral Disc Herniation," *Spine* **18**(7): 851-854, 1993.

p)   Brinckmann, P., "Injury of the Annulus Fibrosus and Disc Protrusions. An In Vitro Investigation on Human Lumbar Discs," *Spine* **11**(2): 149-53, 1986.

q)   Brinckmann, P., and R.W. Porter, "A Laboratory Model of Lumbar Disc Protrusion: Fissure and Fragment," *Spine* **19**(2): 228-235, 1994.

r)   Cappozzo, A., and N. Berme, "Loads on the Lumbar Spine during Running," *Proceedings of the Ninth International Congress of Biomechanics*, p. 97-100, 1983.

s)   Cappozzo, A., "Compressive Loads in the Lumbar Vertebral Column during Normal Level Walking," *J Orthop Res* **1**: 292-301, 1984.

t)   Carragee, E., Alamin, T., Cheng, I., Franklin, T., and E. Hurwitz, "Does Minor Trauma Cause Serious Low Back Illness?," *Spine* **31**(25): 2942-2949, 2006.

u)   Carragee, E., Alamin, T., Cheng, I., Franklin, T., van den Haak, E., and E. Hurwitz, "Are First-Time Episodes of Serious LBP Associated with New MRI Findings?," *Spine J* **6**: 624-635, 2006.

v)   Culver, R., Bender, M., and J. Melvin, "Mechanisms, Tolerances and Responses Obtained Under Dynamic Superior-Inferior Head Impact: A Pilot Study," National Institute for Occupational Safety and Health (NIOSH) Report Number UM-HSRI-78-21, May 1978.

w)   Deyo, R.A., and J.E. Bass, "Lifestyle and Low-Back Pain: The Influence of Smoking and Obesity," *Spine* **14**(5): 501-506, 1989.

x)   Fittanto, D., Bare, C., Smith, J., and C. Mkandwire, "Passenger Vehicle Response to Low-Speed Impacts Involving a Tractor-Semitrailer," SAE Paper Number 2011-01-0291, 2011.

y)   Fricke, L.B., <u>Traffic Accident Reconstruction</u>, 1st Ed., Northwestern University Traffic Institute, 1990.

z)   Fricke, L.B., <u>Traffic Crash Reconstruction</u>, 2nd Ed., Northwestern University Center for Public Safety, 2010.

aa)  Fryar, C.D., Gu, Q., and C.L. Ogden, "Anthropometric Reference Data for Children and Adults: United States, 2007-2010," National Center for Health Statistics, *Vital Health Stat* **11**(252), 2012.

bb)  Funk, J.R., Cormier, J.M., and C.E. Bain, "Analytical Model for Investigating Low-Speed Sideswipe Collisions," SAE Paper Number 2004-01-1185, 2004.

cc)  Funk, J.R., Cormier, J.M., Bain, C.E., Guzman, H., and E. Bonugli, "An Evaluation of Various Neck Injury Criteria in Vigorous Activities," *Proceedings of the 2007 IRCOBI Conference on the Biomechanics of Impact*, p. 233-248, 2007.

dd)  Funk, J.R., Cormier, J.M., Bain, C.E., Guzman, H., Bonugli, E., and S.J. Manoogian, "Head and Neck Loading in Everyday and Vigorous Activities," *Ann Biomed Eng* **39**(2): 766-776, 2011.

ee)  Goertz, A., Yaek, J., and C. Compton, "Accident Statistical Distributions from NASS CDS," SAE Paper Number 2010-01-0139, 2010.

ff)  Gordon, S.J., Yang, K.H., Mayer, P.J., Mace, Jr., A.H., Kish, V.L., and E.L. Radin, "Mechanism of Disc Rupture: A Preliminary Report," *Spine* **16**(4): 450-456, 1991.

gg)   Haldeman, S., <u>Principles and Practice of Chiropractic</u>, 3rd Ed., McGraw Hill, 2005.

hh)   Happer, A.J., Hughes, M.C., Peck, M.D., and Boehme, S.M., "Practical Analysis Methodology for Low Speed Vehicle Collisions Involving Vehicles with Modern Bumper Systems," SAE Paper Number 2003-01-0492, 2003.

ii)   Hayes, W.C., Erickson, M.S., and E.D. Power, "Forensic Injury Biomechanics," *Ann Rev Biomed Eng* **9**: 55-86, 2007.

jj)   Howard, R.P., Harding, R.M., and S.W. Krenric, "The Biomechanics of 'Whiplash' in Low Velocity Collisions," SAE Paper Number 1999-01-3235, 1999.

kk)   Jensen, G.M., "Biomechanics of the Lumbar Intervertebral Disk: A Review," *Phys Ther* **60**(6): 765-773, 1980.

ll)   Jensen, M.C., Brant-Zawadzki, M.N., Obuchowski, N., Modic, M.T., Malkasian, D., and J.S. Ross, "Magnetic Resonance Imaging of the Lumbar Spine in People without Back Pain," *New Engl J Med* **331**(2): 69-73, 1994.

mm)   Kaila-Kangas, L., Leino-Arjas, P., Riihimaki, H., Luukkonen, R., and J. Kirjonen, "Smoking and Overweight as Predictors of Hospitalization for Back Disorders," *Spine* **28**(16): 1860-1868, 2003.

nn)   Khoo, B.C.C., Goh, J.C.H., and K. Bose, "A Biomechanical Model to Determine Lumbosacral Loads during Single Stance Phase in Normal Gait," *Med Eng Phys* **17**: 27-35, 1995.

oo)   Laborde, J.M., "Biomechanics of Minor Automobile Accidents: Treatment Implications for Associated Chronic Spine Symptoms," *J South Orthop Assoc* **9**(3): 187-192, 2000.

pp)   Lee, D.Y., and S.-H. Lee, "Effect of Anthropometric Features on the Severity of Lumbar Disk Herniation," *Neurol Med Chir* **49**: 104-107, 2009.

qq)   Liuke, M., Solovieva, S., Lamminen, A., Luoma, K., Peino-Arjas, P., Luukkonen, R., and H. Riihimäki, "Disc Degeneration of the Lumbar Spine in Relation to Overweight," *Int J Obesity* **29**: 903-908, 2005.

rr)   Matsumoto, M., Fujimura, Y., Suzuki, N., Nishi, Y., Nakamura, M., Yabe, Y., and H. Shiga, "MRI of Cervical Intervertebral Discs in Asymptomatic Subjects," *J Bone Joint Surg Br* **80-B**(1): 19-24, 1998.

ss)   McGill, S.M., "The Biomechanics of Low Back Injury: Implications on Current Practice in Industry and the Clinic," *J Biomech* **30**(5): 465-75, 1997.

tt)   Melhorn, J.M., and Talmage, J.B., Ackerman, III, W.E., and M.H. Hyman, <u>AMA Guides to the Evaluation of Disease and Injury Causation</u>, 2nd Ed., American Medical Association, 2014.

uu)   Menz, H.B., Lord, S.R., and R.C. Fitzpatrick, "Acceleration Patterns of the Head and Pelvis when Walking on Level and Irregular Surfaces," *Gait Posture* **18**: 35-46, 2003.

vv)   Mertz, H.J., and L.M. Patrick, "Strength and Response of the Human Neck," SAE Paper Number 710855, 1971.

ww)   Milburn, P.D., and R.S. Barrett, "Lumbosacral Loads in Bedmaking," *Appl Ergon* **30**: 263-273, 1999.

xx)   Miller, J.A.A., Schmatz, C., and A.B. Schultz, "Lumbar Disc Degeneration: Correlation with Age, Sex, and Spine Level in 600 Autopsy Specimens," *Spine* **13**(2): 173-177, 1988.

yy)   Nahum, A.M., and M.A. Gomez, "Injury Reconstruction: The Biomechanical Analysis of Accidental Injury," SAE Paper Number 940568, 1994.

zz)     Nahum, A.M., and J.W. Melvin, <u>Accidental Injury: Biomechanics and Prevention</u>, 2nd Ed., Springer-Verlag, 2002.

aaa)    National Highway Traffic Safety Administration (NHTSA), 49 CFR Ch. V, Part 563, "Event Data Recorders," 10-1-11 Edition, 2011.

bbb)    Ng, T., Bussone, W.R., and S.M. Duma, "The Effect of Gender and Body Size on Linear Accelerations of the Head Observed During Daily Activities," *Proceedings of the 43rd Rocky Mountain Bioengineering Symposium & 43rd International ISA Biomedical Sciences Instrumentation Symposium*, p. 25-30, 2006.

ccc)    Ng, T., Bussone, W.R., Duma, S.M., and T.A. Kress, "Thoracic and Lumbar Spine Accelerations in Everyday Activities," *Proceedings of the 43rd Rocky Mountain Bioengineering Symposium & 43rd International ISA Biomedical Sciences Instrumentation Symposium*, p. 410-415, 2006.

ddd)    Nielsen, G.P., Gough, J.P., Little, D.M., West, D.H., and V.T. Baker, "Human Subject Responses to Repeated Low Speed Impacts Using Utility Vehicles," SAE Paper Number 970394, 1997.

eee)    Ogan, J.S., Alcorn, T.L., and J.D. Scott, "Acceleration Levels and Occupant Kinematics Associated with Vehicle-to-Curb Impacts," *Accident Recon J*: 54-56, May/June 1995.

fff)    Osvalder, A.-L., "Biomechanical Experimental Studies of the Lumbar Spine Under Static and Dynamics Loading Conditions," SAE Paper Number 950661, 1995.

ggg)    Patrick, L.M., "Human Tolerance to Impact – Basis for Safety Design," SAE Paper Number 650171, 1965.

hhh)   Pope, M., "Chapter 1: Disc Biomechanics and Herniation," In: Gunzberg, R., and M. Szpalski, eds., <u>Lumbar Disc Herniation</u>, Lippincott Williams & Wilkins, pp. 3-21, 2002.

iii)   Robinette, R.D., Fay, R.J., and R.E. Paulsen, "Delta-V: Basic Concepts, Computational Methods, and Misunderstandings," SAE Paper Number 940915, 1994.

jjj)   Rondinelli, R.D., Genovese, E., Katz, R.T., Mayer, T.G., Mueller, K., Ranavaya, M., and C.R. Brigham, <u>Guides to the Evaluation of Permanent Impairment</u>, 6th Ed., American Medical Association, 2008.

kkk)   SAE Technical Standard J885, "Human Tolerance to Impact Conditions as Related to Motor Vehicle Design," December 2003.

lll)   Schmidt, B.F., Haight, W.R., Szabo, T.J., and J.B. Welcher, "System-Based Energy and Momentum Analysis of Collisions," SAE Paper Number 980026, 1998.

mmm)   Schmitt, K.-U., Niederer, P., and F. Walz, <u>Trauma Biomechanics: Introduction to Accidental Injury</u>, Springer-Verlag, 2004.

nnn)   Simunic, D.I., P.A. Robertson, and N.D. Broom, "Mechanically Induced Disruption of the Healthy Bovine Intervertebral Disc," *Spine* **29**(9): 972-8, 2004.

ooo)   Smidt, G.L., Arora, J.S., and Johnston, R.C., "Accelerographic Analysis of Several Types of Walking," *Am J Phys Med* **50**(6): 285-300, 1971.

ppp)   Szabo, T.J., and J.B. Welcher, "Human Subject Responses to Various Acceleration Fields," *Proceedings of the Society of Automotive Engineers "Low Speed Collision TOPTEC,"* p. /1-/27, 1996.

qqq)    Tanner, C.B., Wiechel, J.F., and D.A. Guenther, "Vehicle and Occupant Response in Heavy Truck to Passenger Car Sideswipe Impacts," SAE Paper Number 2001-01-0900, 2001.

rrr)    Tilley, A.R., "Anthropometry," In: <u>The Measure of Man & Woman: Human Factors in Design</u>, John Wiley & Sons, pp. 10-32, 2002.

sss)    Toor, A., Roenitz, E., Johal, R., Overgaard, R., Happer, A., and M. Arasqewski, "Practical Analysis Technique for Quantifying Sideswipe Collisions," SAE Paper Number 1999-01-0094, 1999.

ttt)    Vijayakumar, V., Scher, I., Gloeckner, D.C., Pierce, J., Bove, R., Young, D., and R. Cargill, "Head Kinematics and Upper Neck Loading during Simulated Low-Speed Rear-End Collisions: A Comparison with Vigorous Activities of Daily Living," SAE Paper Number 2006-01-0247, 2006.

uuu)    Wade, K.R., Robertson, P.A., Thambyah, A., and N.D. Broom, "How Healthy Discs Herniate: A Biomechanical and Microstructural Study Investigating the Combined Effects of Compression Rate and Flexion," *Spine* **39**(13): 1018-1028, 2014.

vvv)    Walz, F.H., and M.H. Muser, "Biomechanical Assessment of Soft Tissue Cervical Spine Disorders and Expert Opinion in Low Speed Collisions," *Accid Anal Prev* **32**: 161-165, 2000.

www)    Weiss, M.S., and L.S. Lustick, "Guidelines for Safe Human Experimental Exposure to Impact Acceleration," Report Number NBDL-86R006, Naval Biodynamics Laboratory, 1986.

xxx)    White, III, A.A., and M.M. Panjabi, "Chapter 1: Physical Properties and Functional Biomechanics of the Spine," In: <u>Clinical Biomechanics of the Spine</u>, 2nd Ed., Lippincott-Raven, pp. 1-83, 1990.

yyy)   Whiting, W.C., and R.F. Zernicke, Biomechanics of Musculoskeletal Injury, Human Kinetics, 1998.

zzz)   Yamada, H., Strength of Biological Materials, Williams & Wilkins, 1970.

aaaa)  Yoganandan, N., Maiman, D.J., Pintar, F., Ray, G., Myklebust, J.B., Sances, Jr., A., and S.J. Larson, "Microtrauma in the Lumbar Spine: A Cause of Low Back Pain," *Neurosurgery* **23**(2): 162-168, 1988.

# Section V
# ATTACHMENTS

A. Photographs

B. Figures

C. Curriculum Vitae

D. Testimony History

**Section V**

**ATTACHMENT A**

# Photographs

**Photograph 1**
View of the left-rear aspect of the trailer being towed by the Freightliner tractor.



**Photograph 2**
View of the left-rear aspect of the trailer being towed by the Freightliner tractor.



**Photograph 3**
View of the left side of the subject Ford F-150.



**Photograph 4**
View of the left bedside panel of the subject Ford F-150.



**Section V**

**ATTACHMENT B**

# Figures

**Figure1**



**Figure 2**



## Compressive Loads at Lumbar Spine [lb]

Sideswipe* — 184

* Sideswipe data represent resultant load. Compressive load expected to be lower than this value.

**Mr. Stephen Brondum**
Weight: 295 pounds
Height: 5 feet, 10 inches

Based on 3DSSPP

Sitting in Car Seat — 153
Standing — 179
Walking — 504
Child Lift (30 lb) — 638
Fast Walking — 640
50-lb Garbage Can Curb Lift — 698
Running (minimum) — 805
Bending Over — 863
30-lb Box Lift (squat) — 886
30-lb Box Lift (stoop) — 1073
Running (maximum) — 1670

**Section V**

**ATTACHMENT C**

# Curriculum Vitae





### TORRENCE D.J. WELCH, Ph.D.
### PRINCIPAL CONSULTANT

Dr. Welch holds a Ph.D. in Biomedical Engineering awarded jointly by the Georgia Institute of Technology (Georgia Tech) School of Engineering and the Emory University School of Medicine in Atlanta, GA.  Dr. Welch's areas of expertise include the biomechanics of human injury, vehicle accident reconstruction, slip-and-fall events, occupational injury, reactive muscle activity, and human balance control and stability.

Dr. Welch has over 20 years of biomechanics research experience, studying human movement on multiple levels: *injury* – the forces present on the body during automotive collisions; *mechanics* – the effects of forces on the bony and soft tissues underlying human movement; *coordination* – the activation of muscles in functional groups called muscle synergies; *control* – the mechanisms used by the nervous system to control standing balance and to learn new balance tasks; and *performance* – the effects of supplements on sport and exercise performance.  He also has experience in human motion and gait analysis; electromyography (EMG); the computer modeling of biomechanical systems; the mechanical, biochemical, and ultrasound characterization of biological soft tissue; biomedical ultrasound imaging; and statistical and wavelet analysis.

Dr. Welch performs biomechanical analyses for cases involving automotive collisions, slip/trip and fall events, falling objects, occupational injury, and other incidents leading to human injury. He also performs vehicle accident reconstruction analyses for collisions involving single vehicles, multiple vehicles, and pedestrians.  Dr. Welch has numerous publications on topics related to automotive collision-related injury and human standing balance control, and actively maintains collaborative research relationships with several academic institutions.

### EDUCATION AND PROFESSIONAL ASSOCIATIONS

Ph.D. – Biomedical Engineering – Georgia Institute of Technology
Emory University School of Medicine – 2008
M.S.E. – Biomedical Engineering – Tulane University – 2003
B.S.E. – Biomedical Engineering (*summa cum laude*; honors) – Tulane University – 2003
Certifications:  ACTAR, License #2773
             CDR Technician, University of North Florida Institute of Police Technology and Management, 2013
Honors:      Omicron Delta Kappa, Tau Beta Pi, Alpha Eta Mu Beta, Rensselaer Medal
Memberships: Society of Automotive Engineers, American Society of Biomechanics, National Society of Black Engineers, Biomedical Engineering Society, Neural Control of Movement Society, Society for Neuroscience

### EMPLOYMENT HISTORY

| | |
|---|---|
| 2013 – Present | Rimkus Consulting Group, Inc. |
| 2008 – 2012 | Exponent, Inc. |
| 2004 – 2008 | Georgia Tech Laboratory for Neuroengineering (Neuromechanics Group) |
| 2004 – 2004 | Georgia Tech Center for Human Movement Control |
| 2001 – 2003 | Tulane Cartilage Laboratory |
| 2001 | University of Rochester Center for Biomedical Ultrasound |

**TORRENCE D.J. WELCH, Ph.D.**

| | |
|---|---|
| 2000 | University of Wisconsin – Madison Microtechnology Medicine Biology Lab |
| 1997 | Northern Arizona University Exercise Science and Physiology Laboratory |

## DETAILED PROFESSIONAL EXPERIENCE:

**RIMKUS CONSULTING GROUP, INC.**                                    **2013 – PRESENT**

Principal Consultant

Evaluates and analyzes biomechanical systems, including voluntary and involuntary human motions.  Performs vehicle accident reconstruction analysis in vehicular accidents. Performs human injury biomechanical analysis in vehicular accidents, occupational injury, slips/trips and other falls, falling objects, and other unique injurious scenarios.  Evaluates occupant motion to determine injury potential/causation, seatbelt use, the effects of airbag interaction, and occupant positions.  Uses analytical techniques, as well as computer and physical models, to reconstruct those accidents and to measure the load and injury levels.

**EXPONENT, INC.**                                                        **2008 – 2012**

Senior Associate, Biomechanics Practice

Provided consulting services for litigation and insurance matters in the areas of personal injury, product liability, occupational injury, and automotive glazing. Designed and executed research projects to evaluate human injury potential and vehicle occupant kinematics, utilizing EMG, force plates, pressure sensors, and instrumented ATDs. Trained six PhD-level engineers on technical concepts and litigation related issues.

**GEORGIA TECH NEUROMECHANICS GROUP**                        **2004 – 2008**

Graduate Research Assistant

Designed and executed research projects to understand how the human nervous system controls muscle activity to maintain standing balance. Managed six undergraduate students on projects related to biomechanics and postural control.

**GEORIGIA TECH CENTER FOR HUMAN MOVEMENT CONTROL**              **2004**

Graduate Research Assistant

Analyzed joint moments and intersegmental angle coordination in cats after self reinnervation of the triceps surae muscles.

**TULANE CARTILAGE LABORATORY**                                   **2001 – 2003**

Graduate Research Assistant

Validated a novel method to diagnose osteoarthritis using ultrasound for applications with patented ultrasonic property measurement device (U.S. Patent # 6585666). Gauged the ultrasonic, mechanical, biochemical, and histological characteristics of human articular cartilage in osteoarthritic and normal knee specimens.

**TORRENCE D.J. WELCH, Ph.D.**

**ROCHESTER CENTER FOR BIOMEDICAL ULTRASOUND**                          **2001**

Nation Science Foundation RUBI Research Intern

Validated a novel method to more accurately evaluate blood velocity in the carotid artery using ultrasound.

**UNIVERSITY OF WISCONSIN - MADISON**                          **2000**

National Science Foundation SURE-REU Research Intern

Created microfluidic devices from hydrogels in a clean room environment for military field assay use.

**NORTHERN ARIZONA UNIVERSITY**                          **1997**

NASA SHARP Plus Research Apprentice

Investigated the effects of the drug clenbuterol on exercise performance and related anatomical and physiological measures.  Handled laboratory animals, performed injections, and learned to insert sutures.

**PUBLICATIONS**

Welch TDJ and LH Ting. A feedback model predicts muscle activity during human postural responses to support surface translations. *Journal of Neurophysiology* 99: 1032-1038, 2008.

Welch TDJ, Ting LH.  A feedback model explains the differential scaling of human postural responses to perturbation acceleration and velocity.  *Journal of Neurophysiology* 101: 3294–3309, 2009.

Ting LH, van Antwerp KW, Scrivens JE, McKay JL, Welch TDJ, Bingham JT, DeWeerth SP. Neuromechanical tuning of nonlinear postural control dynamics.  *Chaos* 19: 026111, 2009.

Welch TDJ, Bridges AW, Gates DH, Heller MF, Stillman D, Raasch CC, Carhart MR.  An evaluation of the BioRID II and Hybrid III during low- and moderate-speed rear impact.  SAE Technical Paper 2010-01-1031, 2010.

Gates D, Bridges A, Welch TDJ, Lam T, Scher I, Yamaguchi G.  Lumbar loads in low to moderate speed rear impacts.  SAE Technical Paper 2010-01-0141, 2010.

Welch TDJ, Bridges AW, Gates DH, Heller MF, Stillman D, Raasch CC, Carhart MR.  An evaluation of the BioRID II and Hybrid III during low- and moderate-speed rear impact. *SAE International Journal of Passenger Cars – Mechanical Systems* 3: 704–733, 2010.

McKay J, Welch TDJ, Vidakovic B, Ting L. Statistically-significant contrasts between EMG waveforms revealed using wavelet-based functional ANOVA. *Journal of Neurophysiology* 109: 591-602, 2012.

Welch, TDJ and LH Ting. Mechanisms of motor adaptation in reactive balance control. *PLoS ONE* 9(5): e96440, 2014.

**Section V**

**ATTACHMENT D**

# Testimony History

# RIMKUS CONSULTING GROUP, INC.
## TESTIMONY REPORT
COMPANY CONFIDENTIAL

| File No. | Date Test | Depo Trial | P/D/S | Plaintiff Law Firm/Attorney<br>2nd Plaintiff Law Firm/Attorney | DefendantLaw Firm/Attorney<br>2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| **RCG CONSULTANT:** | | **WELCH, TORRENCE D.** | | | | | | | |
| 50808731 | 04/26/2019 | Depo | D | THE STODDARD FIRM<br>MATTHEW STODDARD | SWIFT, CURRIE, MCGHEE & HIERS, LLP<br>MICHAEL SCHRODER<br>MARCUS DEAN | 17EV005115<br><br>STATE COURT OF FULTON COUNTY, GEORGIA | MICHAEL WHEATON VS. SBY 2013-1 BORROWER, LLC; SBY 2014-1 EQUITY OWNER, LLC, AND SILVER BAY PROPERTY CORP., TRICON AMERICAN HOMES, LLC, 2012-C PROPERTY HOLDINGS, LLC, MATTHEW HANSEN, MICHAEL HORGAN, AND JOHN DOES #3-5 | GA | USA |
| 44202492 | 04/02/2019 | Depo | D | WILLIAMS & WILLIAMS<br>DAVID WILLIAMS | MARTINEAU KING, PLLC<br>ELIZABETH MARTINEAU | 2017-CP-38-00304<br><br>COURT OF COMMON PLEAS FOR ORANGEBURG COUNTY, SOUTH CAROLINA | MICHAEL JOHNSON VS. HENRY LEE HUGGINS, EMKAY, INC. TRUST, LANE CAROLINAS CORPORATION, AND LANE CONSTRUCTION CORPORATION | SC | USA |
| 50806175 | 03/22/2019 | Trial | D | WOOD & CRAIG, LLC<br>J. BLAIR CRAIG | BOVIS, KYLE, BURCH & MEDLIN, LLC<br>CHRISTINA GULAS<br><br>SWIFT, CURRIE, MCGHEE & HIERS, LLP<br>JARED HODGES | 16-A-1988<br><br>STATE COURT OF COBB COUNTY, GEORGIA | ALISON KELLY VS. GREGORY PHILIP CROOK, JR., AND TAYLOR SERVICE COMPANY, INC. | GA | USA |
| 50807641 | 02/12/2019 | Depo | D | CASH, KRUGLER & FREDERICKS, LLC<br>ALWYN FREDERICKS | SWIFT, CURRIE, MCGHEE & HIERS, LLP<br>ELIZABETH BENTLEY | 2016-SV-52Z<br><br>STATE COURT OF HALL COUNTY, GEORGIA | JUDITH HARRIS VS. JOHN E. HEWELL AND JOHN HEWELL TRUCKING COMPANY, INC. | GA | USA |
| 52013881 | 02/05/2019 | Depo | D | KLEINPETER & SCHWARTZBERG, LLC<br>HESTER DORNAN | STAINES & EPPLING<br>THOMAS EPPLING | 656,231<br><br>19TH JUDICIAL DISTRICT COURT OF EAST BATON ROUGE PARISH, LOUISIANA | ROSEMARY COMENA VS. CECIL P. SMITH, D.S. SERVICES OF AMERICA, INC., AND SAFETY NATIONAL CASUALTY CORPORATION | LA | USA |
| 44301723 | 01/22/2019 | Depo | D | MANN & POTTER, PC<br>ROBERT POTTER | LAW OFFICE OF MILTON CARVER DAVIS<br>MILTON DAVIS<br><br>BALL, BALL, MATTHEWS & NOVAK, PA<br>C. WINSTON SHEEHAN, JR. | CV-2017-900159<br><br>CIRCUIT COURT OF MACON COUNTY, ALABAMA | MELVIN ALONZA LOWE, III VS. JONATHAN WAYNE CHANDLER AND WIREGRASS CONSTRUCTION COMPANY, INC. | AL | USA |
| 50807701 | 01/08/2019 | Trial | D | PEAVY LAW, LLC<br>JOHN H. PEAVY, JR. | GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE<br>MICHAEL ST. AMAND | 2016CV01765<br><br>STATE COURT OF CLAYTON COUNTY, GEORGIA | BARRY BRUCE VS. TRANSMISSION PARTS UNLIMITED, INC. | GA | USA |

| File No. | Date Test | Depo Trial | P/D/S | Plaintiff Law Firm/Attorney 2nd Plaintiff Law Firm/Attorney | Defendant Law Firm/Attorney 2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| 50807356 | 12/18/2018 | Depo | D | SCOTT PRYOR LAW J.J. TIMMONS | SWIFT, CURRIE, MCGHEE & HIERS, LLP KEVAN DORSEY LYNN LEONARD & ASSOCIATES ASHLEY HOWARD | 17EV000342 STATE COURT OF FULTON COUNTY, GEORGIA | KARLA BRAWLEY AND DAVID BRAWLEY VS. CHRISTOPHER WILLIAMS AND IDC CONSTRUCTION, LLC | GA | USA |
| 52013799 | 09/26/2018 | Depo | D | DUDLEY DEBOSIER INJURY LAWYERS PAUL WILKINS | ROEDEL, PARSONS, KOCH, BLACHE, BALHOFF & MCCOLLISTER TERRY DUNLEVY | 17-610-BAJ-RLB UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA | MARIETTA SMITH CARLIN AND KEITH O. CARLIN VS. UNITED SPECIALTY INSURANCE COMPANY, NORTH STAR CARRIER & LOGISTICS COMPANY, LEROY LOPEZ, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | LA | USA |
| 50807191 | 08/30/2018 | Depo | D | KENNETH S. NUGENT, P.C. JAN COHEN | BOVIS, KYLE, BURCH & MEDLIN ALAN MEINCKE | 17A-62819 STATE COURT OF DEKALB COUNTY, GEORGIA | MARILYNN ROEBUCK VS. CYNTHIA AQUE | GA | USA |
| 52013651 | 08/21/2018 | Trial | D | COX, COX, FILO, CAMEL & WILSON MICHAEL COX | ROEDEL, PARSONS, KOCH, BLACHE, BALHOFF & MCCOLLISTER ROSS DOOLEY RYAN BROWN V. JOYCE MATTHEWS | 257,983 9TH JUDICIAL DISTRICT COURT OF RAPIDES PARISH, LOUISIANA | TIWANNA TAYLOR VS. THE CITY OF ALEXANDRIA, ALEXANDRIA POLICE DEPARTMENT, AND FARON JOHNSON | LA | USA |
| 44104571 | 07/31/2018 | Depo | D | BUSCHMAN, AHERN, PERSONS & BANKSTON M. JESSE STERN | BUTLER WEIHMULLER KATZ CRAIG, LLP RYAN GARRETT | 2017-CA-2182 CIRCUIT COURT OF DUVAL COUNTY, FLORIDA | RICHARD DEAN O'REILLY VS. SHAPELLS, INC. | FL | USA |
| 52013198 | 07/17/2018 | Depo | D | HUBER, SLACK, THOMAS & MARCELLE, LLP STEPHEN HUBER | KOEPPEL CLARK TURNER DONESIA TURNER | 13-4793 CIVIL DISTRICT COURT FOR ORLEANS PARISH, LOUISIANA | TONNETTE PORTER VS. LOUISIANA SELF-INSURANCE FUND, LOUISIANA OFFICE OF RISK MANAGEMENT, LOUISIANA STATE UNIVERSITY MEDICAL CENTER, AND DEREK PICOT | LA | USA |
| 50806445 | 06/28/2018 | Depo | D | KENNETH S. NUGENT, P.C. MARK PITTS | SWIFT, CURRIE, MCGHEE & HIERS MICHAEL CRAWFORD, IV NELOFAR AGHARAHIMI | SUCV2016002752 SUPERIOR COURT OF HENRY COUNTY, GEORGIA | THOMAS JEFFREY HOLDER VS. AMANDA CATHERINE SANTANA | GA | USA |
| 52012052 | 06/14/2018 | Trial | D | IRPINO, AVIN & HAWINS LAW FIRM ANTHONY IRPINO K. ADAM AVIN | PERRIER & LACOSTE, LLC RALPH AUCOIN GUY PERRIER | 635-633 19TH JUDICIAL DISTRICT COURT OF EAST BATON ROUGE PARISH, LOUISIANA | SANDREKA GREENUP VS. RODERICK JOHNSON, HOUSTON CREATIVE GROUP, INC., AND VALERO REFINING-MERAUX, LLC | LA | USA |

| File No. | Date<br>Test | Depo<br>Trial | P/D/S | Plaintiff Law Firm/Attorney<br>2nd Plaintiff Law Firm/Attorney | Defendant Law Firm/Attorney<br>2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| 50807541 | 05/23/2018 | Trial | D | MORGAN & MORGAN, PA<br>R. RYAN SAINZ<br>KEITH GOAN | SIBONI & BUCHANAN<br>DAVID GOULFINE<br>ROBERT BUCHANAN | 2015-CA-009721<br><br>THIRTEENTH JUDICIAL CIRCUIT COURT OF HILLSBOROUGH COUNTY, FLORIDA | CHRISTOPHER GIVNER VS. BRIAN WINKLER AND LOOMIS ARMORED US, LLC | FL | USA |
| 50806533 | 05/10/2018 | Trial | D | CONLEY GRIGGS PARTIN, LLP<br>RANSE PARTIN<br>DAVIS POPPER | SWIFT, CURRIE,MCGHEE & HIERS<br>MICHAEL CRAWFORD, IV<br>R. BRADY HERMAN | 16-0789-3<br><br>SUPERIOR COURT OF WALTON COUNTY, GEORGIA | BELINDA BARONI AND DAVID BARONI VS. MACKENZIE MAE STEWART AND WILLIAM TODD STEWART | GA | USA |
| 50806533 | 03/16/2018 | Depo | D | CONLEY GRIGGS PARTIN, LLP<br>DAVIS POPPER | SWIFT, CURRIE, MCGHEE & HIERS<br>R. BRADY HERMAN<br>MICHAEL CRAWFORD, IV | 16-0789-3<br><br>SUPERIOR COURT OF WALTON COUNTY, GEORGIA | BELINDA BARONI AND DAVID BARONI VS. MACKENZIE MAE STEWART AND WILLIAM TODD STEWART | GA | USA |
| 50807471 | 02/09/2018 | Depo | D | SMITH, WELCH, WEBB & WHITE, LLC<br>JOHN WEBB<br>MIRANDA HANLEY | WALDON, ADELMAN, CASTILLA, HIESTAND & PROUT<br>JONATHAN ADELMAN<br>TAYLOR BARNETT | 17SV101BWS<br><br>STATE COURT OF HENRY COUNTY, GEORGIA | ROBYN STEVENS VS. JAINEY BEECHING | GA | USA |
| 50807689 | 02/06/2018 | Depo | D | MORGAN & MORGAN, PA<br>JAMES CANNELLA, JR. | HANKS BROOKES, LLC<br>JERALD HANKS | 16A58545E-1<br><br>STATE COURT OF DEKALB COUNTY, GEORGIA | TEQUILA WHITTAKER VS. TIMOTHY GRAY AND IMAGE MANUFACTURING GROUP, LLC | GA | USA |
| 50807541 | 02/01/2018 | Depo | D | MORGAN & MORGAN, PA<br>KEITH GOAN | SIBONI & BUCHANAN, PLLC<br>ROBERT BUCHANAN | 2015-CA-009721<br><br>THIRTEENTH JUDICIAL CIRCUIT COURT OF HILLSBOROUGH COUNTY, FLORIDA | CHRISTOPHER GIVNER VS. BRIAN WINKLER AND LOOMIS ARMORED US, LLC | FL | USA |
| 52012719 | 12/29/2017 | Depo | D | MORRIS BART, LLC<br>TERRY LOUP | LAW OFFICES OF ROBERT D. FORD<br>LEON CRIST | 2015-11210 C/W 2016-5431<br><br>CIVIL DISTRICT COURT FOR ORLEANS PARISH, LOUISIANA | LESLIE WILLIAMS VS. ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY, BESH RESTAURANT GROUP, LLC, AND TODD PULSINELLI | LA | USA |
| 47304587 | 11/21/2017 | Trial | D | GRIFFITH LAW FIRM, PLLC<br>JONATHAN GRIFFITH | WIMBERLY, LAWSON, WRIGHT, DAVES & JONES, PLLC<br>KAREN CRUTCHFIELD | 74CC1-2014-CV-347<br><br>CIRCUIT COURT OF ROBERTSON COUNTY, TENNESSEE | LARRY VERNON VS. LYNN LOGISTICS, LLC AND JAMES BEARD | TN | USA |

| File No. | Date Test | Depo Trial | P/D/S | Plaintiff Law Firm/Attorney 2nd Plaintiff Law Firm/Attorney | Defendant Law Firm/Attorney 2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| 50806927 | 11/14/2017 | Trial | D | LLOYD H. THOMAS III, P.C. LLOYD THOMAS, III | LYNN LEONARD & ASSOCIATES NICOLE REAGIN | 16A58596-4 STATE COURT OF DEKALB COUNTY, GEORGIA | BETTY ADERHOLD VS. CLEVELAND GRIMES | GA | USA |
| 50807318 | 11/08/2017 | Depo | D | THE STODDARD FIRM MATTHEW STODDARD | RICHARD FOSTER CARLOCK, COPELAND & STAIR, LLP | 1:17-CV-01357-LMM UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION | WILLIAM A. ACREE VS. SAMMY'S TRANSPORT, INC., DAMON L. BLUNT, HALLMARK SPECIALTY INSURANCE COMPANY, AND JOHN DOES (1-5) | GA | USA |
| 50805982 | 10/24/2017 | Depo | D | LAW OFFICES OF GEORGE PENNEBAKER GEORGE PENNEBAKER | GRAY, RUST, ST. AMAND, MOFFETT & BRIEKSE, LLP MICHAEL ST. AMAND | 16-CV-00858 SUPERIOR COURT OF DOUGLAS COUNTY, GEORGIA | BRIAN WALKER AND SHIRLEY WALKER VS. SHEEHAN METAL PRODUCTS, INC., AND RONALD XAVIER ALEXANDER HIGHTOWER, JR. | GA | USA |
| 47304587 | 10/20/2017 | Depo | D | GRIFFITH LAW FIRM, PLLC CHRISTOPHER COYNE | WIMBERLY, LAWSON, WRIGHT, DAVES & JONES, PLLC BRENT MORRIS | 74CC1-2014-CV-347 CIRCUIT COURT OF ROBERTSON COUNTY, TENNESSEE | LARRY VERNON VS. LYNN LOGISTICS, LLC AND JAMES BEARD | TN | USA |
| 52012069 | 10/17/2017 | Depo | D | DUDLEY DEBOSIER INJURY LAWYERS JAMES PELTIER JEFF WATSON | AKERS & WISBAR DARRELL LOUP | 112,866 23RD JUDICIAL DISTRICT COURT OF ASCENSION PARISH, LOUISIANA | KIZZIE STAMPLEY VS. WESTERN HERITAGE INSURANCE COMPANY, CATHOLIC CHARITIES OF THE DIOCESE OF BATON ROUGE, INC., AND MURIEL LEBEOUF | LA | USA |
| 53602517 | 10/04/2017 | Depo | D | COLLEY SHROYER & ABRAHAM DANIEL ABRAHAM | TAFT STETTINIUS & HOLLISTER THOMAS SCHUCK PISCIOTTI, MALSCH & BUCKLEY, PC JEFFREY MALSCH | 2:13-CV-1189 UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION | TROY ROTE AND AMANDA ROTE VS. ZEL CUSTOM MANUFACTURING, LLC, EDWARD GRIMM, GARY BUYER, JUDITH BUYER, BUSHMASTER FIREARMS INTERNATIONAL, LLC, BUSHMASTER FIREARMS INTERNATIONAL, LLC A/K/A/ REMINGTON ARMS COMPANY, LLC, VANCE OUTDOORS, INC., AMMOMAN.COM D/B/A DISCOUNT DISTRIBUTORS, AND FABRICA MILITAR FRAY LUIS BELTRAN A/K/A FABRICACIONES MILITARES | OH | USA |
| 50804973 | 09/26/2017 | Depo | D | WALKER & WALKER, LLP JOHN WALKER | SWIFT, CURRIE, MCGHEE & HIERS, LLP MICHAEL CRAWFORD | ST15CV0469 STATE COURT OF CLARKE COUNTY, GEORGIA | PATRICIA A. JAMES VS. GUY T. HAYES, TURNER CONCRETE, INC., AND QUALITY CONCRETE BLOCK COMPANY, INC. | GA | USA |
| 53502054 | 09/01/2017 | Trial | D | THE VRDOLYAK LAW GROUP, LLC PATRICK CROWLEY | CREMER, SPINA, SHAUGHNESSY, JANSEN, & SIEGERT GARY JANSEN | 2014L004629 CIRCUIT COURT OF COOK COUNTY, ILLINOIS | JESUS FLORES VS. MENARDS, INC. AND GREGORY M. LEIFERT | IL | USA |

| File No. | Date Test | Depo Trial | P/D/S | Plaintiff Law Firm/Attorney 2nd Plaintiff Law Firm/Attorney | Defendant Law Firm/Attorney 2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| 50805332 | 08/29/2017 | Trial | D | GLASS & ROBSON, LLC ROBERT GLASS | WALDON, ADELMAN, CASTILLA, HIESTAND & PROUT KEVIN REARDON | 14A2199-2 STATE COURT OF COBB COUNTY, GEORGIA | CHRISTINE GHATTAS VS. ANGELA EANES | GA | USA |
| 50807152 | 08/16/2017 | Trial | D | LAW OFFICE OF JOHNNY PHILLIPS, PC JOHNNY PHILLIPS | GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE MEGAN QUISAO | 17M77997 MAGISTRATE COURT OF DEKALB COUNTY, GEORGIA | DETRICK MATTOX VS. ROBERT MOORE AND FRANKIE BLALOCK | GA | USA |
| 44202119 | 07/26/2017 | Trial | D | BOWEN PAINTER, LLC PAUL PAINTER, III | BRANNEN, SEARCY & SMITH, LLP JORDON MORROW | ST15CV482 STATE COURT OF BULLOCH COUNTY, GEORGIA | HEATHER WALKER AND CHADWICK WALKER VS. JUSTIN ANTHONY | GA | USA |
| 44202119 | 06/22/2017 | Depo | D | BOWEN PAINTER, LLC PAUL PAINTER, III | BRANNEN, SEARCY & SMITH, LLP JORDON MORROW | ST15CV482 STATE COURT OF BULLOCH COUNTY, GEORGIA | HEATHER WALKER AND CHADWICK WALKER VS. JUSTIN ANTHONY | GA | USA |
| 50805600 | 06/20/2017 | Trial | D | JAMES A. RICE, JR., PC JAMES RICE, JR. | WALDON, ADELMAN, CASTILLA, HIESTAND & PROUT TREVOR HIESTAND | 15C04219-5 STATE COURT OF GWINNETT COUNTY, GEORGIA | JI YOUNG LEE VS. RANDI RUTLEDGE | GA | USA |
| 52012002 | 06/15/2017 | Trial | D | DUDLEY DEBOSIER INJURY LAWYERS STEVEN DEBOSIER PETER ELLIS | LAW OFFICES OF ROBERT D. FORD LEON CRIST | 113868 23RD JUDICIAL DISTRICT COURT OF ASCENSION PARISH, LOUISIANA | CHARLES CROSBY VS. ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY AND KEITH NICHOLS, INDIVIDUALLY AND AS THE ADMINISTRATOR OF THE ESTATE OF HIS MINOR CHILD, MADISON NICHOLS | LA | USA |
| 50806175 | 06/01/2017 | Depo | D | WOOD & CRAIG, LLC J. BLAIR CRAIG | BOVIS, KYLE, BURCH & MEDLIN, LLC CHRISTINA GULAS SWIFT, CURRIE, MCGHEE & HIERS, LLP JARED HODGES | 16-A-1988 STATE COURT OF COBB COUNTY, GEORGIA | ALISON KELLY VS. GREGORY PHILIP CROOK, JR. AND TAYLOR SERVICE COMPANY, INC. | GA | USA |
| 50805710 | 05/18/2017 | Trial | D | JAMES A. RICE, JR., PC JAMES RICE, JR. | WALDON, ADELMAN, CASTILLA, HIESTAND & PROUT JOHN ALDAY | 15-A-08928-7 SUPERIOR COURT OF GWINNETT COUNTY, GEORGIA | SHIN HEE CHO VS. CHRISTINE PARK UPTON | GA | USA |
| 50805982 | 04/27/2017 | Depo | D | LAW OFFICES OF GEORGE PENNEBAKER GEORGE PENNEBAKER | GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP MICHAEL ST. AMAND | 16-CV-00858 SUPERIOR COURT OF DOUGLAS COUNTY, GEORGIA | BRIAN WALKER AND SHIRLEY WALKER VS. SHEEHAN METAL PRODUCTS, INC. AND RONALD XAVIER ALEXANDER HIGHTOWER, JR. | GA | USA |

| File No. | Date Test | Depo Trial | P/D/S | Plaintiff Law Firm/Attorney 2nd Plaintiff Law Firm/Attorney | Defendant Law Firm/Attorney 2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| 52012002 | 04/26/2017 | Depo | D | DUDLEY DEBOSIER INJURY LAWYERS PETER ELLIS | LAW OFFICES OF ROBERT D. FORD LEON CRIST | 113868 23RD JUDICIAL DISTRICT COURT OF ASCENSION PARISH, LOUISIANA | CHARLES CROSBY VS. ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY, AND KEITH NICHOLS, INDIVIDUALLY AND AS THE ADMINISTRATOR OF THE ESTATE OF HIS MINOR CHILD, MADISON NICHOLS | LA | USA |
| 50806614 | 04/25/2017 | Depo | D | HORMOZDI LAW FIRM, LLC SHIREEN HORMOZDI | LAW OFFICES OF KAREN ST. AMAND KAREN ST. AMAND | 16-C-0147-5 STATE COURT OF GWINNETT COUNTY, GEORGIA | ADASHA WHITE VS. ROBERTO LOPEZ RUIS AND NATURE SCAPES, INC. | GA | USA |
| 50802606 | 04/12/2017 | Trial | D | THE LINLEY JONES FIRM, PC ANGELA FORSTIE | HICKS, CASEY & MORTON, PC WILLIAM CASEY, JR. | 14SC0754AJ STATE COURT OF CHEROKEE COUNTY, GEORGIA | HARRY B. HARRIS, JR. AND TOMIKA HARRIS VS. DANNY W. RYDER AND CHEROKEE AUTO GROUP, LLC | GA | USA |
| 53502054 | 04/06/2017 | Depo | D | THE VRDOLYAK LAW GROUP, LLC PATRICK CROWLEY | CREMER, SPINA, SHAUGHNESSY, JANSEN & SIEGERT GARY JANSEN | 2014L004629 CIRCUIT COURT OF COOK COUNTY, ILLINOIS | JESUS FLORES VS. MENARDS, INC. AND GREGORY M. LEIFERT | IL | USA |
| 50806565 | 02/20/2017 | Depo | D | HUDSON KING, LLC J. L. KING, II | BULLARD & WANGERIN KEVIN WANGERIN | 2015-S06-432 SUPERIOR COURT OF COFFEE COUNTY, GEORGIA | TIMOTHY LARUE SHEFFIELD VS. IMIE JEAN CONEY AND KARON MUNTEA CONEY | GA | USA |
| 50804025 | 02/14/2017 | Trial | D | MIKE MORSE LAW FIRM MICHAEL MORSE | HEWSON & VAN HELLEMONT, PC JAMES HEWSON | 16-152303-NI CIRCUIT COURT OF OAKLAND COUNTY, MICHIGAN | ELAINE BOUYER AND PHILIP BOUYER VS. RICHARD ALAN HUDSON, CHARLENE L. SWANNIGAN AND AUTO-OWNERS INSURANCE COMPANY | MI | USA |
| 50805962 | 01/17/2017 | Depo | D | WALKER OJEDA, LLC ORLANDO OJEDA, JR. | GROTH & MAKARENKO PAUL GROTH  GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP THOMAS MACDIARMID | 13A46670-2 STATE COURT OF DEKALB COUTY, GEORGIA | MARK J. PALLOTTA & TAMMY L. CRYMER VS. REBECCA B. WHITE AND JOHN DOES 1-2 | GA | USA |
| 50802606 | 01/03/2017 | Depo | D | THE LINLEY JONES FIRM, PC LINLEY JONES | HICKS, CASEY  MORTON, PC MONICA WINGLER | 14SC0754AJ STATE COURT OF CHEROKEE COUNTY, GEORGIA | HARRY B. HARRIS, JR. AND TOMIKA HARRIS VS. DANNY W. RYDER AND CHEROKEE AUTO GROUP, LLC | GA | USA |

| File No. | Date Test | Depo Trial | P/D/S | Plaintiff Law Firm/Attorney 2nd Plaintiff Law Firm/Attorney | Defendant Law Firm/Attorney 2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| 52012548 | 12/28/2016 | Depo | D | CLAYTON, FRUGE & WARD MICHAEL FRUGE | STAINES & EPPLING JAMES CROUCH, JR. LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD STANLEY COHN | 42488 18TH JUDICIAL DISTRICT COURT OF WEST BATON ROUGE PARISH, LOUISIANA | COREY SONNIER VS. DELOACH MARINE SERVICES, LLC, CARLINE'S GEISMAR FLEET, INC., AND CARLINE MANAGEMENT COMPANY, INC. | LA | USA |
| 50806292 | 12/06/2016 | Trial | D | FORREST JOHNSON & ASSOCIATES LEITRA MAXWELL | BULLARD & WANGERIN DAN BULLARD, IV | 16009465-S-00 MAGISTRATE COURT OF BIBB COUNTY, GEORGIA | SARAH STEPHENS VS. MARGARITAS MEXICAN RESTAURANT, INC. AND LUIS RAFAEL RODRIGUEZ | GA | USA |
| 50805654 | 12/01/2016 | Trial | D | LAW OFFICE OF BRUCE HAGEN JOSEPH WILSON | WALDON, ADELMAN, CASTILLA, HIESTAND & PROUT ASHLEY RICE | 14A52295 STATE COURT OF DEKALB COUTY, GEORGIA | KIMBERLY RYALS VS. SHAMOUR GILL | GA | USA |
| 52011998 | 11/16/2016 | Trial | D | CHRISTOPHER B. SIEGRIST CHRISTOPHER SIEGRIST EDWARD B. JONES, ATTORNEY AT LAW EDWARD JONES | JAMES RYAN, III & ASSOCIATES, LLC JAMES RYAN, III | 127606 "H" 16TH JUDICIAL DISTRICT COURT OF ST. MARY PARISH, LOUISIANA | CHRISTOPHER POOLE AND JANET POOLE VS. ROBERT J. BOUDREAUX, ST. MARY PARISH ACQUISITIONS, LLC D/B/A COURTESY TOYOTA AKA COURTESY TOYOTA OF MORGAN CITY, COURTESY MOTORS NEW IBERIA, LLC, TOWER GROUP COMPANIES AKA TOWER NATIONAL INSURANCE COMPANY, AND VAS GAUGING, INC. | LA | USA |
| 52009769 | 11/09/2016 | Trial | D | THOMAS B. CALVERT, PLC THOMAS CALVERT | PORTEOUS, HAINKEL & JOHNSON, LLP WILLIAM LOZES | 2013-12343 22ND JUDICIAL DISTRICT COURT OF ST. TAMMANY PARISH, LOUISIANA | DEBORAH BABIN VS. ROUSE'S ENTERPRISES, LLC | LA | USA |
| 52011946 | 11/08/2016 | Trial | D | LAW OFFICE OF DAVID W. BERNBERG, LLC DAVID BERNBERG | BLUE WILLIAMS, LLP SCOTT SOULE | 07-306014 UNITED STATES DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DIVISION OF LONGSHORE AND HARBOR WORKERS' COMPENSATION | RONALD SINGLETON VS. PORTS AMERICA TEXAS AND PORTS INSURANCE COMPANY, INC. | LA | USA |
| 50805710 | 11/02/2016 | Depo | D | JAMES A. RICE, JR., PC JAMES RICE, JR. | WALDEN, ADELMAN, CASTILLA, HIESTAND & PROUT JOHN ALDAY | 15-A-08928-7 SUPERIOR COURT OF GWINNETT COUNTY, GEORGIA | SHIN HEE CHO VS. CHRISTINE PARK UPTON | GA | USA |

| File No. | Date Test | Depo Trial | P/D/S | Plaintiff Law Firm/Attorney 2nd Plaintiff Law Firm/Attorney | Defendant Law Firm/Attorney 2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| 50805883 | 10/19/2016 | Depo | D | PEAVY LAW, LLC JOHN PEAVY, JR. | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC JOHN HAWKINS | 15SV0377 STATE COURT OF COWETA COUNTY, GEORGIA | FRANKLIN D. STANFORD VS. CHARLES WILLIAM SMITH, SR. | GA | USA |
| 50805921 | 08/25/2016 | Depo | D | SHIVER HAMILTON, LLC ALAN HAMILTON | GROTH & MAKARENKO, LLC NIKOLAI MAKARENKO, JR. | 15C003593 STATE COURT OF GWINNETT COUNTY, GEORGIA | MARTHA JACOBI VS. JOHN DOE | GA | USA |
| 50805633 | 08/15/2016 | Depo | D | DELCAMPO & GRAYSON, LLC J. ANTONIO DELCAMPO | LUEDER, LARKEN & HUNTER, LLC BLAIR CASH | 15-C-03029-S6 STATE COURT OF GWINNETT COUNTY, GEORGIA | OLIVIA SORIA VS. WENDALL S. HATCHER, AVERITT EXPRESS, INC., AND TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | GA | USA |
| 44300560 | 07/13/2016 | Trial | D | MEANS GILLIS LAW, LLC TYRONE MEANS LAW OFFICES OF ROBERT SIMMS THOMPSON, PC ROBERT THOMPSON | HILL, HILL, CARTER, FRANCO, COLE & BLACK, PC JESSE ANDERSON | CV-14-901259 CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA | RITA RENA ROBINSON VS. MARTHA AUSTIN GIBBS AND OMNI INSURANCE COMPANY | AL | USA |
| 50805600 | 07/06/2016 | Depo | D | JAMES A. RICE, JR., PC KIMBERLY MCGOWAN | WALDON, ADELMAN, CASTILLA, HIESTAND & PROUT RACHEL REED | 15C04219-5 STATE COURT OF GWINNETT COUNTY, GEORGIA | JI YOUNG LEE VS. RANDI RUTLEDGE | GA | USA |
| 50805523 | 06/10/2016 | Depo | D | NICHOLSON REVELL, LLP SAM NICHOLSON | BRANNEN, SEARCY & SMITH, LLP JORDON MORROW | 2015RCSC00282 STATE COURT OF RICHMOND COUNTY, GEORGIA | JO E. MAYPOLE VS. MICHAEL A. THOMAS AND THE SOUTH COMPANY, LLC | GA | USA |
| 52011240 | 06/02/2016 | Depo | D | GOFORTH & LILLEY WILLIAM GOFORTH | LAW OFFICES OF KEITH GIARDINA BRAD BRUMFIELD | 2013-6340 15TH JUDICIAL DISTRICT COURT OF LAFAYETTE PARISH, LOUISIANA | MARY MILLER VS. TODD STELLY, COLVILLE PLUMBING & IRRIGATION, INC., AND PEERLESS INSURANCE COMPANY | LA | USA |
| 50804339 | 03/25/2016 | Depo | D | JOSHI & PATEL, LLC AMBADAS JOSHI PRAKASH PATEL | DOWNEY & CLEVELAND, LLP ANDREW CURTRIGHT | 14-C-04913-2 STATE COURT OF GWINNETT COUNTY, GEORGIA | PATTY H. BOYD VS. CHARLES B. STEWART | GA | USA |
| 50804840 | 03/17/2016 | Trial | D | JACKSON R. MASSEY & ASSOCIATES, PC MICHAEL MILLIANS | WALLACE MILLER III, LLC WALLACE MILLER, III | 2015-V-123-JS SUPERIOR COURT OF TATTNALL COUNTY, GEORGIA | CARNESIA RENEE WORTHEN VS. JOHN DOE | GA | USA |

| File No. | Date Test | Depo Trial | P/D/S | Plaintiff Law Firm/Attorney<br>2nd Plaintiff Law Firm/Attorney | Defendant Law Firm/Attorney<br>2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| 50805198 | 02/29/2016 | Depo | D | HUDSON KING<br>J.L. KING, II | WATSON SPENCE, LLP<br>LOUIS HATCHER | CV15-0048<br><br>SUPERIOR COURT OF SEMINOLE COUNTY, GEORGIA | OUIDA JEAN CASTELOW VS. SANDRA TRAWICK, RICHARD TRAWICK, TONIA STREETS, AND JOHN P. STREETS | GA | USA |
| 50805332 | 01/29/2016 | Depo | D | GLASS & ROBSON, LLC<br>ROBERT GLASS | WALDON, ADELMAN, CASTILLA, HIESTAND & PROUT<br>KEVIN REARDON | 14A2199-2<br><br>STATE COURT OF COBB COUNTY, GEORGIA | CHRISTINE GHATTAS VS. ANGELA EANES | GA | USA |
| 50802803 | 01/22/2016 | Depo | D | JACKSON & BRAUN, LLP<br>MICHAEL BRAUN | BOVIS, KYLE, BURCH, & MEDLIN, LLC<br>WAYNE TARTLINE | 15A900-2<br><br>STATE COURT OF COBB COUNTY, GEORGIA | KATHERINE J. MILLER VS. SIDNEY D. ELLIS | GA | USA |
| 52010478 | 01/19/2016 | Trial | D | LAW OFFICES OF LARRY GUY<br>LARRY GUY | COUHIG PARTNERS LAW FIRM<br>JONATHAN LEMANN | C631990<br><br>19TH JUDICIAL DISTRICT COURT OF EAST BATON ROUGE PARISH, LOUISIANA | DANIEL WILKINSON VS. AUTO-OWNERS INSURANCE COMPANY AND ANDREW HARP | LA | USA |
| 52011107 | 01/15/2016 | Trial | D | GORDON MCKERNAN INJURY ATTORNEYS<br>J. CHANDLER LOUPE<br>CHET BOUDREAUX | LAW OFFICES OF KEITH S. GIARDINA<br>BRAD BRUMFIELD | 624,140, DIVISION "D"<br><br>19TH JUDICIAL DISTRICT COURT OF EAST BATON ROUGE PARISH, LOUISIANA | DANNY SMITH VS. KENNY HAVARD, WOODY'S ACCESS, LLC, FIRST NATIONAL INSURANCE COMPANY OF AMERICA, AND GARRISON PROPERTY CASUALTY INSURANCE COMPANY | LA | USA |
| 52011107 | 01/06/2016 | Depo | D | GORDON MCKERNAN INJURY ATTORNEYS<br>CHET BOUDREAUX | LAW OFFICES OF KEITH S. GIARDINA<br>BRAD BRUMFIELD | 624,140, DIVISION "D"<br><br>19TH JUDICIAL DISTRICT COURT OF EAST BATON ROUGE PARISH, LOUISIANA | DANNY SMITH VS. KENNY HAVARD, WOODY'S ACCESS, LLC, FIRST NATIONAL INSURANCE COMPANY OF AMERICA, AND GARRISON PROPERTY CASUALTY INSURANCE COMPANY | LA | USA |
| 50803605 | 12/18/2015 | Trial | D | SINAS, DRAMIS, BRAKE, BOUGHTON & MCINTYRE, PC<br>BRYAN WALDMAN | WILLINGHAM & COTE, PC<br>DAVID NELSON | 13-1350-NI<br><br>CIRCUIT COURT OF INGHAM COUNTY, MICHIGAN | KARENN KELLEY VS. HOME-OWNERS INSURANCE COMPANY | MI | USA |
| 44300486 | 12/10/2015 | Depo | D | LOFTIN, LOFTIN & MAY<br>JORJA LOFTIN<br>F. PATRICK LOFTIN | SAMFORD & DENSON, LLP<br>JOSHUA JACKSON | CV-2014-900300<br><br>CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA | BETH DUTTON POLK VS. KATHY HOLLEY HERMAN | AL | USA |

| File No. | Date Test | Depo Trial | P/D/S | Plaintiff Law Firm/Attorney<br>2nd Plaintiff Law Firm/Attorney | Defendant Law Firm/Attorney<br>2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| 50805141 | 11/24/2015 | Depo | D | DOZIER LAW FIRM<br>MICHAEL HILL<br>DAVID DOZIER | BOVIS, KYLE, BURCH & MEDLIN<br>CHARLES MEDLIN<br>CHRISTINA GULAS | 5:15-CV-00023-LJA /<br>5:15-CV-00024-LJA<br><br>UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRIC OF GEORGIA, MACON DIVISION | HAROLD FINNEY AND BEVERLYN FINNEY VS. KATHRYN CLAIRE PATTON AND JAMES BURGESS PATTON / HAROLD FINNEY AND BEVERLYN FINNEY, THE NATURAL PARENTS OF NASHANDRA HARRIET FINNEY VS. KATHRYN CLAIRE PATTON AND JAMES BURGESS PATTON | GA | USA |
| 50804433 | 11/18/2015 | Trial | D | WOOD & CRAIG, LLC<br>J. BLAIR CRAIG | WALDON, ADELMAN, CASTILLA, HIESTAND & PROUT<br>JONATHAN ADELMAN<br>TREVOR HIESTAND | 2013A-3490-4<br><br>STATE COURT OF COBB COUNTY, GEORGIA | ANOTNIO RODRIGUEZ VS. CONSTANCE VOLK | GA | USA |
| 52011115 | 11/10/2015 | Depo | D | HUBER, SLACK, THOMAS & MARCELLE, LLP<br>STEPHEN HUBER | BARNETT & RONIGER<br>RICHARD RONIGER, II | 14-2988<br><br>CIVIL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA | TEREZ CLAYTON VS. SYBIL FAVROT, D. BLAIR FAVROT, AND 21ST CENTURY NORTH AMERICA INSURANCE COMPANY | LA | USA |
| 44300560 | 09/22/2015 | Depo | D | MEANS GILLIS LAW, LLC<br>TYRONE MEANS<br><br>LAW OFFICES OF ROBERT SIMMS THOMPSON, PC<br>ROBERT THOMPSON | HILL, HILL, CARTER, FRANCO, COLE & BLACK, PC<br>JESSE ANDERSON | CV-14-901259<br><br>CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA | RITA RENA ROBINSON VS. MARTHA AUSTIN GIBBS AND OMNI INSURANCE COMPANY | AL | USA |
| 50804881 | 08/11/2015 | Trial | D | ROBERT J. PINNERO, PC<br>ROBERT PINNERO | WATSON SPENCE<br>ALFREDA SHEPPARD | 2015-754CC<br><br>MAGISTRATE COURT OF DOUGHERY COUNTY, GEORGIA | CHARLIE BARRETT VS. RICHARD DONNELLY | GA | USA |
| 50803863 | 07/24/2015 | Depo | D | HYATT & HYATT, PC<br>JOHN HYATT | SHARON W. WARE & ASSOCIATES<br>DALE ELLIS, JR. | 12CV1340<br><br>STATE COURT OF FORSYTH COUNTY, GEORGIA | JANET M. MCSWAIN VS. SALPY YEREMIAN | GA | USA |
| 50803863 | 07/21/2015 | Depo | D | HYATT & HYATT, PC<br>JOHN HYATT | SHARON W. WARE & ASSOCIATES<br>DALE ELLIS, JR. | 12CV1340<br><br>STATE COURT OF FORSYTH COUNTY, GEORGIA | JANET M. MCSWAIN VS. SALPY YEREMIAN | GA | USA |
| 50805050 | 07/16/2015 | Trial | D | FORREST B. JOHNSON & ASSOCIATES<br>BRANT BARBER | WILLIAM R. YOUNGBLOOD, PC<br>WILLIAM YOUNGBLOOD | 15-M-06234<br><br>MAGISTRATE COURT OF GWINNETT COUNTY, GEORGIA | SHEREECE BECKFORD, INDIVIDUALLY AND AS NATURAL GUARDIAN OF ELIJAH CRADDOCK, A MINOR CHILD, AND OMAR CRADDOCK VS. DENISE NOTHEIS | GA | USA |

| File No. | Date Test | Depo Trial | P/D/S | Plaintiff Law Firm/Attorney 2nd Plaintiff Law Firm/Attorney | Defendant Law Firm/Attorney 2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| 50802921 | 07/14/2015 | Trial | D | JAMES A. RICE, JR., PC JAMES RICE, JR. | WILLIAM R. YOUNGBLOOD, PC WILLIAM YOUNGBLOOD | 13-C-05007-6 STATE COURT OF GWINNETT COUNTY, GEORGIA | HYE SOOK SHIM VS. TZE HENG HENRY YANG | GA | USA |
| 50802939 | 07/08/2015 | Trial | D | LAW OFFICES OF MICHAEL J. MORSE, PC GREG JONES | ANSELMI & MIERZEJEWSKI, PC BRADLEY WING | 13-010910-NF CIRCUIT COURT OF WAYNE COUNTY, MICHIGAN | MAXINE JAMES VS. HOME-OWNERS INSURANCE COMPANY, TEELA COE, AND TURREAN COE | MI | USA |
| 50804141 | 06/18/2015 | Trial | D | RODNEY E. DAVIS, PC RODNEY DAVIS | WALLACE MILLER III, LLC WALLACE MILLER, III | 2014-V-110903-K SUPERIOR COURT OF HOUSTON COUNTY, GEORGIA | ALFORD G. THORNTON & PHILOMENA THORNTON V LOUISE MESSMER | GA | USA |
| 50803562 | 05/07/2015 | Depo | D | BENNETT & CASTO, PC MARK CASTO | GRAY, RUST, ST. AMAND, MOFFETT, & BRIESKE, LLP MICHAEL ST. AMAND | SC 14 CV 351 STATE COURT OF MUSCOGEE COUNTY, GEORGIA | TIFFANY TENNEY-SCOTT VS. CARL COOLING | GA | USA |
| 50804688 | 04/21/2015 | Trial | D | BUZZELL, GRAHAM, AND WELSH, LLP NEAL GRAHAM | BULLARD & WANGERIN, LLP DAN BULLARD, IV | 15-184CS / 15-185CS MAGISTRATE COURT OF PEACH COUNTY, GEORGIA | ANNIE CROCKER V JOHN MCDANIEL / ANGELA MILLER V JOHN MCDANIEL | GA | USA |
| 50804198 | 02/26/2015 | Trial | D | THE FRY LAW FIRM RANDAL FRY | WILLIAM R. YOUNGBLOOD, P.C. WILLIAM YOUNGBLOOD | 14-M-43092 / 14-M-43093 MAGISTRATE COURT OF GWINNETT COUNTY, GEORGIA | DON NGUYEN & MY YEN CAO V. MARTIN A. MENDEZ / HOA TRUONG & BINH T. LE V. MARTIN A. MENDEZ | GA | USA |
| 50804332 | 12/16/2014 | Trial | D | RODEN & LOVE, LLC TYLER LOVE <br><br> AKIN & TATE, PC S. LESTER TATE, III | WALLACE MILLER III, LLC WALLACE MILLER, III | 2013-V-47127 STATE COURT OF HOUSTON COUNTY, GEORGIA | YVETTA C. NORTHCUTT V. BOBBY W. DALRYMPLE | GA | USA |
| 50804297 | 11/17/2014 | Depo | D | LAW & MORAN EDWARD PIASTA | CARLOCK, COPELAND, & STAIR, LLP ERICA HOLZMAN | 7:14-CV-49 UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA, VALDOSTA DIVISION | RODERICK LYDELL BANKS V. EDWARD L. MYRICK TRANSFER, INC., JOHN MOTES, & LANCER INSURANCE COMPANY | GA | USA |
| 50804332 | 10/29/2014 | Depo | D | RODEN & LOVE, LLC TYLER LOVE <br><br> AKIN & TATE, PC S. LESTER TATE, III | WALLCE MILLER III, LLC WALLACE MILLER, III | 2013-V-47127 STATE COURT OF HOUSTON COUNTY, GEORGIA | YVETTA C. NORTHCUTT V. BOBBY W. DALRYMPLE | GA | USA |

| File No. | Date Test | Depo Trial | P/D/S | Plaintiff Law Firm/Attorney 2nd Plaintiff Law Firm/Attorney | Defendant Law Firm/Attorney 2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| 50804081 | 08/29/2014 | Trial | D | WEILL & LONG FLOSSIE WEILL | LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC CHARLES POSS | 13-0419 CHANCERY COURT OF HAMILTON COUNTY, TN | JEQUETTA L. STALLINGS V. INTEGRITY STAFFING SOLUTIONS, INC. & ZURICH AMERICAN INSURANCE COMPANY | TN | USA |
| 01309583 | 08/21/2014 | Trial | D | BRYAN A. CREWS & ASSOCIATES, PA BRYAN CREWS | ASSISTANT CITY ATTORNEY AUSTIN MOORE | 2012-CA-14830 CIRCUIT COURT, 9TH JUDICIAL CIRCUIT OF ORANGE COUNTY, FLORIDA | GEORGE BOBBIO V. CITY OF ORLANDO | FL | USA |
| 01309583 | 08/12/2014 | Depo | D | BRYAN W. CREWS & ASSOCIATES, PA BRYAN CREWS | ASSISTANT CITY ATTORNEY AUSTIN MOORE | 2012-CA-14830 CIRCUIT COURT, 9TH JUDICIAL CIRCUIT OF ORANGE COUNTY, FLORIDA | GEORGE BOBBIO V. CITY OF ORLANDO | FL | USA |
| 50803164 | 08/04/2014 | Depo | D | SMITH & JOHNSON, ATTORNEYS, PC BRADLEY WIERDA | BOSCH KILLMAN VANDERWAL JOHN WORSFOLD | 13-30097-NF CIRCUIT COURT OF GRAND TRAVERSE, MICHIGAN | PAMELA WALTON V AUTO-OWNERS INSURANCE COMPANY & HOME-OWNERS INSURANCE COMPANY | MI | USA |
| 50802815 | 07/22/2014 | Trial | P | CLAXTON & CLAXTON, LLC WILLIAM CLAXTON | MCCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP NATHAN LOCK CARLOCK, COPELAND, & STAIR, LLP WILLIAM OWENS | 2013-V-22 SUPERIOR COURT OF FANNIN COUNTY, GEORGIA | INTEGON NATIONAL INSURANCE COMPANY V. ERIC STEVENS, MICHAEL STEVENS, & ALLSTATE INSURANCE COMPANY | GA | USA |
| 50802815 | 02/06/2014 | Depo | P | CLAXTON & CLAXTON, LLC WILLIAM CLAXTON | MCCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP NATHAN LOCK CARLOCK, COPELAND & STAIR, LLP WILLIAM OWENS | 2013-V-22 SUPERIOR COURT OF FANNIN COUNTY, GEORGIA | INTEGON NATIONAL INSURANCE COMPANY V. ERIC STEVENS, MICHAEL STEVENS, & ALLSTATE INSURANCE COMPANY | GA | USA |
| 50802750 | 11/11/2013 | Trial | D | JAFFE & HAUG JAMES GRANT | KENDALL LAW GROUP, LLC MAUREEN MURPHY | 13-J-03026 MAGISTRATE COURT OF COBB COUNTY, GEORGIA | SHAWNDRE LAMAR V. HIRAM WILSON | GA | USA |
| 50802831 | 10/04/2013 | Trial | D | PHILIP J. GEIB, PC ADAM SHALL | LUCAS AND KITE, PLC LISA TOLUSSO | VA00000763326 VIRGINIA WORKERS' COMPENSATION COMMISSION | EDDIE COLEMAN V. FLEETMASTER EXPRESS, INC. & UNITED STATES FIDELITY AND GUARANTY COMPANY/CBCS | VA | USA |

| File No. | Date Test | Depo Trial | P/D/S | Plaintiff Law Firm/Attorney<br>2nd Plaintiff Law Firm/Attorney | Defendant Law Firm/Attorney<br>2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| 50802923 | 10/03/2013 | Trial | D | BLAKE N. BRANTLEY, LLC<br>BLAKE BRANTLEY | WATSON SPENCE, LLP<br>ALFREDA SHEPPARD | 13MC129 / 13MC130<br><br>MAGISTRATE COURT OF TURNER COUNTY, GEORGIA | SHAMEKICA ROBERSON V.  VICKY NESBITT / SHARON ROBERSON V.  VICKY NESBITT | GA | USA |